IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LP A/S,<br><br>      Plaintiff,<br><br>      v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>      Defendants. | Case No. 24-cv-04260<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Maria Valdez |

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION, CONTINUED ASSET RESTRAINT, AND EXPEDITED DISCOVERY

Plaintiff LP A/S ("Plaintiff") seeks entry of a Preliminary Injunction against Defendants listed in **Exhibit 1**[1] who have been successfully served by June 18, 2024, enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products, a temporary asset restraint, and expedited discovery in an action arising out of 15 U.S.C. § 1114, 15 U.S.C. § 1125(a), and Illinois law. A Memorandum of Law in Support is filed concurrently.

---

[1] Plaintiff had not been able to serve defendants associated with Alibaba and AliExpress because contact information for those defendants had not been provided by the entity pursuant to Plaintiff's Subpoena issued when TRO was entered. Plaintiff will file a separate motion for a preliminary injunction against the missing defendants when they have been successfully served.

1

Dated: June 18, 2024

Respectfully submitted,

/s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 W. Washington St., Ste. 800
Chicago IL 60602
(312) 724-8874
jjudge@fleneriplaw.com