| Exhibit 1 | | | |
|---|---|---|---|
| Doe No. | Merchant Name | Merchant ID | Merchant URL |
| 239 | LIQINHUWAI | A11FXJ70PCT19H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A11FXJ70PCT19H |
| 240 | Shuang You | A122O06CW29A0T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A122O06CW29A0T |
| 241 | ZhangP | A12KTCHOCV3O8R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12KTCHOCV3O8R |
| 242 | JKdepartmentstore | A12ZBHIKWL2Q1R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12ZBHIKWL2Q1R |
| 243 | Longchuangda Trading | A14L41HNIAHPTJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A14L41HNIAHPTJ |
| 244 | RuthOule US | A14LCI7YHV94XZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A14LCI7YHV94XZ |
| 245 | SYZ-GP | A15327KZ8PN36Q | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15327KZ8PN36Q |
| 246 | weiyaoxiangshanqu | A15PDXVAPPUB22 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15PDXVAPPUB22 |
| 247 | dichunbaihuojyb | A15PL5AIX9TKCA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15PL5AIX9TKCA |
| 248 | Madman Motors | A17C915T3X3U2R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17C915T3X3U2R |
| 249 | zhiyicheng-shop | A17NSJV1P2P7MC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17NSJV1P2P7MC |
| 250 | zhangdewei123 | A17OBEL2DQR1N4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17OBEL2DQR1N4 |
| 251 | Ri He | A1AOJ2ZO09S958 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1AOJ2ZO09S958 |

| | | | |
|---|---|---|---|
| 252 | shiliehaishangmao | A1ASSZLX8YUNR0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ASSZLX8YUNR0 |
| 253 | FANGWANGYI | A1CFHNMF53XF2U | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1CFHNMF53XF2U |
| 254 | weijie2022-11-23baihuodian | A1CXFPKIMW7QP4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1CXFPKIMW7QP4 |
| 255 | Zhang Ling Lighthouse | A1EUEP83QPGNVP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1EUEP83QPGNVP |
| 256 | Gansu Yuanzelixin | A1FACFB755PLS6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FACFB755PLS6 |
| 257 | Tian Jin Gui | A1G7XBY9W161EI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1G7XBY9W161EI |
| 258 | shidanstore | A1GXFGW8N29JFR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1GXFGW8N29JFR |
| 259 | HENDRICK & TECH LIMITED | A1H1RKXLUUOHSS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1H1RKXLUUOHSS |
| 260 | ZEANG-US | A1H53W1OU9S74Y | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1H53W1OU9S74Y |
| 261 | YuLinShiYuYangQuHuaHuaBaiHuoDian | A1H56Y9769W9F3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1H56Y9769W9F3 |
| 262 | 0dhahi2zcb | A1ITI0JCUMGZDH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ITI0JCUMGZDH |
| 263 | Crosssports Store | A1JQIJHHK6BSQH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1JQIJHHK6BSQH |
| 264 | yugebaihuoshanghang | A1KNJEMZYQB0MS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1KNJEMZYQB0MS |
| 265 | quantianduji | A1LE5RVZC2C5YK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1LE5RVZC2C5YK |

| | | | |
|---|---|---|---|
| 266 | DAWEI-US | A1LNB80RGUCYAT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1LNB80RGUCYAT |
| 267 | QiaEr2022-11-22DeShangPingPu | A1MOC0QKLZRXWC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1MOC0QKLZRXWC |
| 268 | ZhangBodedian | A1MPIECUQZHGCS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1MPIECUQZHGCS |
| 269 | xuyufang--US | A1N0XJ2AKHBWKE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1N0XJ2AKHBWKE |
| 270 | FengFeng lighting shop | A1N53N6AL7XGZ4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1N53N6AL7XGZ4 |
| 271 | WJLE-US | A1N87J9CUBMZIE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1N87J9CUBMZIE |
| 272 | Huaibei Zhenqiang Department Store | A1N8S8YWVL0PXJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1N8S8YWVL0PXJ |
| 273 | Sweet Dream US | A1OCM03RKM0GM9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1OCM03RKM0GM9 |
| 274 | juanliu223344 | A1OVOMODIBYOEJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1OVOMODIBYOEJ |
| 275 | mochibaihuoshanghang | A1PC224S0JS0Z1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PC224S0JS0Z1 |
| 276 | Hahushan Department Store | A1PO3O9QH403L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PO3O9QH403L |
| 277 | KESHUN-US | A1QRJJG7N8T6Z6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QRJJG7N8T6Z6 |
| 278 | yangjiangshileidatongshangmaoyouxiangongsidengjinzhou | A1QXOI3U9EWSIO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QXOI3U9EWSIO |
| 279 | ljiahuan | A1R346YAKJMBMD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1R346YAKJMBMD |

| | | | |
|---|---|---|---|
| 280 | Bathroomsjoy | A1STZSO7DYPN4Q | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1STZSO7DYPN4Q |
| 281 | yangzhenshuaihhb | A1TUNSPOQXZBED | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1TUNSPOQXZBED |
| 282 | ruyouqinquanqinglianxijikexiajia | A1VZ8VF53QXDL3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1VZ8VF53QXDL3 |
| 283 | putianshimeizhoudaoshangdeshaojingkeji | A1W3WEJD2ZAOAI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1W3WEJD2ZAOAI |
| 284 | ShiFan Trading | A1YELANJ5T22B3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1YELANJ5T22B3 |
| 285 | shanxiwushen‚Äî‚ÄîGP | A1Z9OAO5YFI09T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1Z9OAO5YFI09T |
| 286 | dengzhoushishiyunshangmaoyouxiangongsi | A237RAGX0HJVC7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A237RAGX0HJVC7 |
| 287 | ÊµéÂçóÂ•Ω∏ÄÊòìÂïÜË¥∏ÊúâÈôêÂÖ¨Âè∏ | A23MACT95ZUEQS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A23MACT95ZUEQS |
| 288 | Dongsheng Huize | A254AFZP88K2H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A254AFZP88K2H |
| 289 | Chutian Trade | A27P1S66IKN4N2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A27P1S66IKN4N2 |
| 290 | Aurorastar | A28VXPBEZ8RKMW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A28VXPBEZ8RKMW |
| 291 | taiyuanzhitonghongjinwaimaofuwuyouxiangongsi | A29A37INNRMLHA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29A37INNRMLHA |
| 292 | ÈªÑÊÊÄª-shop | A29DO0ZYMT9FPO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29DO0ZYMT9FPO |
| 293 | Âõõ‰∏™Áü≥Â§¥ | A2BMCDP2KCRYFE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2BMCDP2KCRYFE |

| | | | |
|---|---|---|---|
| 294 | HONGLIDIANZI | A2BOGP0XHWJBEE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2BOGP0XHWJBEE |
| 295 | lvliangshilishiquaoxinbianlishangdian | A2D9F215FGC63Y | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2D9F215FGC63Y |
| 296 | guozhenyang-1 | A2E83208IEEUA1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2E83208IEEUA1 |
| 297 | kean XinJISHU stor | A2ES2FEP0WPYU9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2ES2FEP0WPYU9 |
| 298 | xiaodingdangbaozang | A2FJNGYVNCDFDR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2FJNGYVNCDFDR |
| 299 | Mounten Top | A2IMHZF0TVP72H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2IMHZF0TVP72H |
| 300 | Mooney department store | A2INVYIPIMP4EB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2INVYIPIMP4EB |
| 301 | Ke Bo Ka | A2J0P2BPK3NZOV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2J0P2BPK3NZOV |
| 302 | LvLiangShiLiShiQuPiaoYangBaiHuoShangDian | A2L0VEV901BJ7A | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2L0VEV901BJ7A |
| 303 | Sugar Association | A2M9OO0U75KEYZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2M9OO0U75KEYZ |
| 304 | baoge6666 | A2MDDMCHU4EN8N | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MDDMCHU4EN8N |
| 305 | XiaFeiShop | A2MRIX7L419W6V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MRIX7L419W6V |
| 306 | YUSHEN-US | A2MXLUYZPVEZC0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MXLUYZPVEZC0 |
| 307 | JIMIQIANG STORE | A2MXVHJC8CDTVO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MXVHJC8CDTVO |

| | | | |
|---|---|---|---|
| 308 | Mengbiyous Department Store | A2N5RS4R60UNFH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2N5RS4R60UNFH |
| 309 | wangshuaibaihuoshms | A2OJB4NOEQNY1Q | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2OJB4NOEQNY1Q |
| 310 | Knight lovers | A2QR9ZV2URMKVT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2QR9ZV2URMKVT |
| 311 | zhengyouhan123 | A2R3VQJ7Y69IG5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2R3VQJ7Y69IG5 |
| 312 | TONGDAA-US | A2R4WKYL4HPL3X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2R4WKYL4HPL3X |
| 313 | Âπ∏„Åõ„Å™È¢® | A2SLLHKR6VEOYL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2SLLHKR6VEOYL |
| 314 | Â∞è‰∏∏Â≠êÁöÑÂ∫óÈìɇ | A2TBALCK3U4JCT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2TBALCK3U4JCT |
| 315 | #NAME? | A2U2BJRMNF740K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2U2BJRMNF740K |
| 316 | kuakuataoyou | A2UKUGFV2NRAM3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2UKUGFV2NRAM3 |
| 317 | YuLinShiYuYangQuZhengZhengBaiHuoDian | A2V0UVIRR4AL28 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2V0UVIRR4AL28 |
| 318 | ranzhitaoamz | A2V5LECX2QUNQD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2V5LECX2QUNQD |
| 319 | WRRBAOBEI | A2W6O0S1NRTBM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2W6O0S1NRTBM |
| 320 | zhukalushangmao | A2WB2FQTKGFB19 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2WB2FQTKGFB19 |
| 321 | MATECH MALL | A2YM8VC25QU27V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2YM8VC25QU27V |

| | | | |
|---|---|---|---|
| 322 | A store where people can't get rich without having | A2YV2PDJLEASYG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2YV2PDJLEASYG |
| 323 | Pinru's headlights | A2Z3D9PX0S2XX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2Z3D9PX0S2XX |
| 324 | Galaxy Co., Ltd | A318OZ3KWDZKGJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A318OZ3KWDZKGJ |
| 325 | yangruiselection | A32LFVD2LRA0J5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32LFVD2LRA0J5 |
| 326 | QINISTORE | A32M9XOECFIB4M | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32M9XOECFIB4M |
| 327 | chuanhuixinxi | A3360LOQILX6QC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3360LOQILX6QC |
| 328 | YU DINGYA | A39EIRD7D0MW1L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A39EIRD7D0MW1L |
| 329 | GAOWAROOM | A3AOMHB6EN1ROI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3AOMHB6EN1ROI |
| 330 | Êó†ÂøåÁîµÂ≠êÂïÜÂä° | A3BZC2GYSSPBC2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3BZC2GYSSPBC2 |
| 331 | 33 Grocery Stores US | A3C62KX8WRWZLN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3C62KX8WRWZLN |
| 332 | jiangbo123 | A3CBB1WFHUY61K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3CBB1WFHUY61K |
| 333 | Zn-US | A3D59CIWFXE7SR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3D59CIWFXE7SR |
| 334 | ZAOWAN | A3F3THQ63SMFAQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3F3THQ63SMFAQ |
| 335 | wangkun987 | A3F8WYYCI3YY1E | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3F8WYYCI3YY1E |

| | | | |
|---|---|---|---|
| 336 | chengyichangshiyuanguanyoushangmaoshanghang(gerenduzi) | A3G2FDC4DTZONY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3G2FDC4DTZONY |
| 337 | Tzou store | A3G33PQSS1JMN4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3G33PQSS1JMN4 |
| 338 | jinfangcheng | A3GTML5IW2MSJ0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3GTML5IW2MSJ0 |
| 339 | LIUJILONGLONGCHENGBEIJIE | A3HCD5CGQW6RR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HCD5CGQW6RR |
| 340 | ÂêÑ‰ΩçÂ§ß‰Ω¨Â§ßÂçñÔºàÊúâÈôÆÈ¢òËÅîÁÁ≥Á´ãÂà†Ôºââ | A3HO57MSYNH9QM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HO57MSYNH9QM |
| 341 | SHOPHH-US | A3IAHMZEJA60ED | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3IAHMZEJA60ED |
| 342 | Warm Home decor | A3ICNM01047210 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3ICNM01047210 |
| 343 | ishiquguikelaizhilengshebeidian | A3IVWDP1T5I9RF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3IVWDP1T5I9RF |
| 344 | kelujidianzishangwu | A3JVWQ0B1N18A | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3JVWQ0B1N18A |
| 345 | DDÊ∑ò‰ππêË¥≠ | A3L4Y3PA4JAOPN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3L4Y3PA4JAOPN |
| 346 | yunyanam | A3LTBTA6QMJ12W | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3LTBTA6QMJ12W |
| 347 | QINGBO0909 | A3MVU9K6QYDKV7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3MVU9K6QYDKV7 |
| 348 | wunaijiaru | A3O3T7PNFMKBMH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3O3T7PNFMKBMH |

| | | | |
|---|---|---|---|
| 349 | dengfeibaihuodian | A3OVZ3OQFJQ4KG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OVZ3OQFJQ4KG |
| 350 | bingbingshanghang | A3OXQFW561X3TO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OXQFW561X3TO |
| 351 | ZHENYAN | A3PJA0TV0N7UJ6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3PJA0TV0N7UJ6 |
| 352 | RZOIZWKO | A3QJ99EH4HABUS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3QJ99EH4HABUS |
| 353 | In Cool shop | A3R7IUUWWGYGJT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3R7IUUWWGYGJT |
| 354 | MA8QNA0X8P | A3RT7RJ0CYXD9O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3RT7RJ0CYXD9O |
| 355 | PENGCCCCC | A3S1R43O17269T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3S1R43O17269T |
| 356 | gongshuxing123 | A3S3UR4A3HUTD7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3S3UR4A3HUTD7 |
| 357 | WANG SAI STORE | A3SUH2KD38AMXK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3SUH2KD38AMXK |
| 358 | Wall Street Sales Elite | A58YEG3E6TUVI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A58YEG3E6TUVI |
| 359 | linglibaihuoshanghang | A7DS0TJF7J1HP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A7DS0TJF7J1HP |
| 360 | zhgangrius | A9870Z9JDI3V9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A9870Z9JDI3V9 |
| 361 | HuanCangShangMao | A9O7WGPU2Z90A | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A9O7WGPU2Z90A |
| 362 | MINGDA STORE | AABDFGUVPXKNW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AABDFGUVPXKNW |

| | | | |
|---|---|---|---|
| 363 | Jolly Daydream | AB43748AF1RK9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AB43748AF1RK9 |
| 364 | Cailue Company Limited | ABB6W2Z5KIJED | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ABB6W2Z5KIJED |
| 365 | fanxukun123 | ACG8O0YQ7Z05L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACG8O0YQ7Z05L |
| 366 | YiDaMaoYiYouXianGongSi | ADXCPZ5H00WDO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ADXCPZ5H00WDO |
| 367 | T-shopping | AFJ07LDQ7XGRI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AFJ07LDQ7XGRI |
| 368 | Hefeipengce | AH788HV4EP1KR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AH788HV4EP1KR |
| 369 | GAOGUSHANGMAO | AILT4SUPYXPYV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AILT4SUPYXPYV |
| 370 | Imperfect Paris | AJJXWBUHYNL8A | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AJJXWBUHYNL8A |
| 371 | Cui Bo | AK984NWUS4889 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AK984NWUS4889 |
| 372 | Abin-us | AKE943XB8A9CO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AKE943XB8A9CO |
| 373 | benxuanduji | ALRNFH4CHE16J | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ALRNFH4CHE16J |
| 374 | miaoji-K | AM2HD4X260UYJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AM2HD4X260UYJ |
| 375 | DANHUA-US | AM6HBFY2QVAV6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AM6HBFY2QVAV6 |
| 376 | zhongwenxin123 | AMYM5HRAJXPHT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMYM5HRAJXPHT |

| | | | |
|---|---|---|---|
| 377 | chaoshanbaihuo | ANMIVYYILW9GH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANMIVYYILW9GH |
| 378 | XDJT | AOG7P7ABDA9L5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOG7P7ABDA9L5 |
| 379 | LV Lighting Store | AOTJUZR7F4JWD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOTJUZR7F4JWD |
| 380 | ZHMcom | AQH015J7SJT59 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQH015J7SJT59 |
| 381 | hnhkzzqsmyxgs | AQR2PWHYZA3LT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQR2PWHYZA3LT |
| 382 | Enthusiast Club | AQV51YUEA7EBY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQV51YUEA7EBY |
| 383 | XINXUMAN | AQZ5HTTG8Y4C1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQZ5HTTG8Y4C1 |
| 384 | tuoyuanshangmao | ARIPOSEWBTDRY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ARIPOSEWBTDRY |
| 385 | Bo Na - IT | AUPSFW0QK1DUZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AUPSFW0QK1DUZ |
| 386 | ÂêïÊ¢ÅÂ∏ÇÁ¶ªÁü≥ÂåƒÁÁèõÁÁôæËÂ¥ßÂïÜËºå | AUSNKUIO5733O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AUSNKUIO5733O |
| 387 | ÊπòÊΩ≠Ê∞ëÊ£ÆÁîµÂ≠êÂïÜÂääÊúâÈôêÂÖ¨ÂÖ¨ÁÂÖÑÄèÂè∏ | AV75SN5PUWDKZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AV75SN5PUWDKZ |
| 388 | zhongqinggejunfangfuzhuangyouxiangongsi | AVQZNGRD70K2L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVQZNGRD70K2L |
| 389 | LIBAOSHOP | AVUB38755D1C4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVUB38755D1C4 |
| 390 | Gansu Jinfeng Shunwei | AWIP39MEM28WO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AWIP39MEM28WO |

| | | | |
|---|---|---|---|
| 391 | ZXY*USA SHOP | AWJ223TP64P3L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AWJ223TP64P3L |
| 392 | jin hong guan | AXEDYKTB8BFC6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXEDYKTB8BFC6 |
| 393 | Eypidlighting | AXEHQ3N71IUJ0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXEHQ3N71IUJ0 |
| 394 | MEIYUKK | AXUNUXH59Z1VQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXUNUXH59Z1VQ |
| 395 | SHANGYUANTENG-US | AXVD2DP77F9LS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXVD2DP77F9LS |
| 396 | delin Store | 14775502 | https://www.dhgate.com/store/14775502 |
| 397 | willlustr Store | 15938360 | https://www.dhgate.com/store/15938360 |
| 400 | wenyiyi Store | 20128331 | https://www.dhgate.com/store/20128331 |
| 401 | light2008 Store | 20461469 | https://www.dhgate.com/store/20461469 |
| 402 | qiyuan06 Store | 21282840 | https://www.dhgate.com/store/21282840 |
| 403 | lvlingfang_1882020 Store | 21603987 | https://www.dhgate.com/store/21603987 |
| 404 | householdd Store | 21635232 | https://www.dhgate.com/store/21635232 |
| 405 | lutherhead Store | 21635581 | https://www.dhgate.com/store/21635581 |
| 406 | tuo10 Store | 21729854 | https://www.dhgate.com/store/21729854 |
| 407 | fadacai08 Store | 21759036 | https://www.dhgate.com/store/21759036 |
| 408 | garthmaura Store | 21810718 | https://www.dhgate.com/store/21810718 |
| 409 | alariceeny Store | 21810755 | https://www.dhgate.com/store/21810755 |
| 410 | mkol Store | 21819264 | https://www.dhgate.com/store/21819264 |
| 413 | us_connecticut Store | 21829571 | https://www.dhgate.com/store/21829571 |
| 414 | louis_vj_store Store | 21888434 | https://www.dhgate.com/store/21888434 |
| 415 | vip_warehouse Store | 21904926 | https://www.dhgate.com/store/21904926 |
| 416 | akarilighting | akarilighting | https://www.ebay.com/usr/akarilighting |
| 417 | brighter-lights | brighterlights | https://www.ebay.com/usr/brighterlights |
| 418 | cat2003hk | cat2003hk | https://www.ebay.com/usr/cat2003hk |
| 419 | EKOO FOR HOME | ekooforhome | https://www.ebay.com/usr/ekooforhome |
| 420 | huiyuanguanli | huiyuanguanli | https://www.ebay.com/usr/huiyuanguanli |
| 421 | jinwen LI2020 | jinwenli2020 | https://www.ebay.com/usr/jinwenli2020 |
| 422 | naya_8861 | naya_8861 | https://www.ebay.com/usr/naya_8861 |
| 423 | 27 Strawberry Ln | ofaefurnitures | https://www.ebay.com/usr/ofaefurnitures |
| 424 | tusker_triangle | tusker_triangle | https://www.ebay.com/usr/tusker_triangle |

| | | | |
|---|---|---|---|
| 427 | aldawhomes | aldawhomes | https://aldawhomes.com/ |
| 428 | chandelierslife | chandelierslife | https://chandelierslife.com/ |
| 429 | cozycasa | cozycasa | https://cozycasa.international/ |
| 432 | homiley | homiley | https://homiley.site/ |
| 433 | loveecru | loveecru | https://loveecru.com/ |
| 434 | modernspaceliving | modernspaceliving | https://www.modernspaceliving.com/, https://modernspaceliving |
| 435 | EYPIDHOMING | 5.35183E+12 | https://www.temu.com/m-5351829058618.html |
| 436 | NUANSHU | 6.34418E+14 | https://www.temu.com/m-634418210963643.html |