**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LP A/S, | |
| Plaintiff, | |
| v. | Case No. 24-cv-04260 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | Judge Jorge L. Alonso Magistrate Judge Maria Valdez |
| Defendants. | |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Louis Poulsen A/S ("Plaintiff") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Exhibit 1 attached hereto (collectively, "Defendants") and using at least the domain names identified in Exhibit 1 (the "Defendant Domain Names") and the online marketplace accounts identified in Exhibit 1 (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

This Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered May 28, 2024 [15] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks and common law trade dress (the "Plaintiff Intellectual Property") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Plaintiff Intellectual Property. *See* Docket Nos. 8-5 through 8-21, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Plaintiff Intellectual Property.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of trademark and trade dress infringement because (1) the Plaintiff's Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register; (2) Plaintiff's Common Law Trade Dress is distinctive, non-functional and has acquired secondary meaning; (3)

Defendants are not licensed or authorized to use any of the Plaintiff Intellectual Property; and (4) Defendants' use of the Plaintiff Intellectual Property is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the Plaintiff Intellectual Property irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. using the Plaintiff Intellectual Property or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff Intellectual Property;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff Intellectual Property;

c.  committing any acts calculated to cause consumers to believe that Defendants'
products are those sold under the authorization, control, or supervision of Plaintiff,
or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise
moving, storing, distributing, returning, or otherwise disposing of, in any manner,
products or inventory not manufactured by or for Plaintiff, nor authorized by
Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks,
including the Plaintiff Intellectual Property, or any reproductions, counterfeit
copies, or colorable imitations.

2.  Defendants shall not transfer or dispose of any money or other of Defendants' assets in
any of Defendants' financial accounts.

3.  The domain name registries for the Defendant Domain Names, including, but not
limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the
Public Interest Registry, and the domain name registrars, including, but not limited to,
GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/
PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of
receipt of this Order or prior to the expiration of this Order, whichever date shall occur
first, shall disable the Defendant Domain Names and make them inactive and
untransferable until further order by this Court.

4.  Upon Plaintiff's request, Defendants and any third party with actual notice of this Order
who is providing services for any of Defendants, or in connection with any of
Defendants' Online Marketplaces, including, without limitation, any online
marketplace platforms such as Alibaba Group Holding Limited., Alibaba.com, Inc.,

Alibaba.com US E-commerce Corp., Alibaba.com U.S. LLC, Alibaba Group (U.S.) Inc., AUS Merchant Services, Inc., and Alipay US, Inc. ("Alibaba," "AliExpress," and/or "AliPay"); Amazon.com, Inc. ("Amazon"); DHgate.com Inc. ("DHgate"); ebay Inc. ("eBay"); Shopify Inc. ("Shopify"); PDD Holdings ("Temu"); Ant Financial Services Group ("Alipay"); LianLian Global ("LianLian"); PayPal, Inc. ("PayPal"); Payoneer Global, Inc. ("Payoneer"); and Stripe, Inc. ("Stripe") (collectively, the "Third-Party Providers") (collectively, the "Third-Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, LianLian, Payoneer, PayPal, Stripe or

other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Plaintiff's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff Intellectual Property.

6. Any Third-Party Providers, including LianLian, Payoneer, PayPal, and Stripe shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail provided for Defendants by third parties. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all

circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.    Plaintiff's Pleadings [5], Schedule A [5-1], and Exhibit 1 thereto [5-2]; the Declaration of James E. Judge [8-2]; the Declaration of Kristoffer Mejborn and accompanying exhibits [8-3 to 8-21]; and the TRO [15] are unsealed.

9.    The Clerk is directed to replace the name of the Plaintiff in the caption of this matter in PACER with Louis Poulsen A/S.

10.    Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

11.    The $436,000.00 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_____

JORGE L. ALONSO
United States District Judge

Dated: June 25, 2024

7

**Exhibit 1**

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 239 | LIQINHUWAI | A11FXJ70PCT19H | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A11FXJ70PCT19H |
| 240 | Shuang You | A122O06CW29A0T | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A122O06CW29A0T |
| 241 | ZhangP | A12KTCHOCV3O8R | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A12KTCHOCV3O8R |
| 242 | JKdepartmentstore | A12ZBHIKWL2Q1R | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A12ZBHIKWL2Q1R |
| 243 | Longchuangda Trading | A14L41HNIAHPTJ | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A14L41HNIAHPTJ |
| 244 | RuthOule US | A14LCI7YHV94XZ | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A14LCI7YHV94XZ |
| 245 | SYZ-GP | A15327KZ8PN36Q | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A15327KZ8PN36Q |
| 246 | weiyaoxiangshanqu | A15PDXVAPPUB22 | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A15PDXVAPPUB22 |
| 247 | dichunbaihuojyb | A15PL5AIX9TKCA | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A15PL5AIX9TKCA |
| 248 | Madman Motors | A17C915T3X3U2R | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A17C915T3X3U2R |
| 249 | zhiyicheng-shop | A17NSJV1P2P7MC | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A17NSJV1P2P7MC |

| Doc No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 250 | zhangdewei123 | A17OBEL2DQR1N4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17OBEL2DQR1N4 |
| 251 | Ri He | A1AOJ2ZO09S958 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1AOJ2ZO09S958 |
| 252 | shiliehaishangmao | A1ASSZLX8YUNR0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ASSZLX8YUNR0 |
| 253 | FANGWANGYI | A1CFHNMF53XF2U | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1CFHNMF53XF2U |
| 254 | weijie2022-11-23baihuodian | A1CXFPKIMW7QP4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1CXFPKIMW7QP4 |
| 255 | Zhang Ling Lighthouse | A1EUEP83QPGNVP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1EUEP83QPGNVP |
| 256 | Gansu Yuanzelixin | A1FACFB755PLS6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FACFB755PLS6 |
| 257 | Tian Jin Gui | A1G7XBY9W161EI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1G7XBY9W161EI |
| 258 | shidanstore | A1GXFGW8N29JFR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1GXFGW8N29JFR |
| 259 | HENDRICK & TECH LIMITED | A1H1RKXLUUOHSS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1H1RKXLUUOHSS |
| 260 | ZEANG-US | A1H53W1OU9S74Y | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1H53W1OU9S74Y |

| Doc No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 261 | YuLinShiYuYangQu HuaHuaBaiHuoDian | A1H56Y9769W9F3 | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A1H56Y9769W9F3 |
| 262 | 0dhahi2zcb | A1ITI0JCUMGZDH | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A1ITI0JCUMGZDH |
| 263 | Crosssports Store | A1JQIJHHK6BSQH | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A1JQIJHHK6BSQH |
| 264 | yugebaihuoshanghang | A1KNJEMZYQB0MS | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A1KNJEMZYQB0MS |
| 265 | quantianduji | A1LE5RVZC2C5YK | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A1LE5RVZC2C5YK |
| 266 | DAWEI-US | A1LNB80RGUCYAT | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A1LNB80RGUCYAT |
| 267 | QiaEr2022-11-22DeShangPingPu | A1MOC0QKLZRXW C | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A1MOC0QKLZRXWC |
| 268 | ZhangBodedian | A1MPIECUQZHGCS | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A1MPIECUQZHGCS |
| 269 | xuyufang--US | A1N0XJ2AKHBWKE | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A1N0XJ2AKHBWKE |
| 270 | FengFeng lighting shop | A1N53N6AL7XGZ4 | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A1N53N6AL7XGZ4 |
| 271 | WJLE-US | A1N87J9CUBMZIE | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A1N87J9CUBMZIE |

| Doc No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 272 | Huaibei Zhenqiang Department Store | A1N8S8YWVL0PXJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1N8S8YWVL0PXJ |
| 273 | Sweet Dream US | A1OCM03RKM0GM9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1OCM03RKM0GM9 |
| 274 | juanliu223344 | A1OVOMODIBYOEJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1OVOMODIBYOEJ |
| 275 | mochibaihuoshanghang | A1PC224S0JS0Z1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PC224S0JS0Z1 |
| 276 | Hahushan Department Store | A1PO3O9QH403L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PO3O9QH403L |
| 277 | KESHUN-US | A1QRJJG7N8T6Z6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QRJJG7N8T6Z6 |
| 278 | yangjiangshileidatongshanghmaoyouxiangongsidengjinzhou | A1QXOI3U9EWSIO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QXOI3U9EWSIO |
| 279 | ljiahuan | A1R346YAKJMBMD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1R346YAKJMBMD |
| 280 | Bathroomsjoy | A1STZSO7DYPN4Q | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1STZSO7DYPN4Q |
| 281 | yangzhenshuaihhb | A1TUNSPOQXZBED | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1TUNSPOQXZBED |
| 282 | ruyouqinquanqinglianxijikexiajia | A1VZ8VF53QXDL3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1VZ8VF53QXDL3 |

| Doc No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 283 | putianshimeizhoudaoshangdeshaojingkeji | A1W3WEJD2ZAOAI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1W3WEJD2ZAOAI |
| 284 | ShiFan Trading | A1YELANJ5T22B3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1YELANJ5T22B3 |
| 285 | shanxiwushen,Äî,ÄîGP | A1Z9OAO5YFI09T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1Z9OAO5YFI09T |
| 286 | dengzhoushishiyunshangmaoyouxiangongsi | A237RAGX0HJVC7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A237RAGX0HJVC7 |
| 287 | ÊµéÂçóÂ•Ω‰∏ÄÊòìÂïÜˬ∏ÊúâÈôêÂÖ¨Âè∏ | A23MACT95ZUEQS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A23MACT95ZUEQS |
| 288 | Dongsheng Huize | A254AFZP88K2H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A254AFZP88K2H |
| 289 | Chutian Trade | A27P1S66IKN4N2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A27P1S66IKN4N2 |
| 290 | Aurorastar | A28VXPBEZ8RKMW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A28VXPBEZ8RKMW |
| 291 | taiyuanzhitonghongjinwaimaofuwuyouxiangongsi | A29A37INNRMLHA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29A37INNRMLHA |
| 292 | ÈªÑÊÄ™-shop | A29DO0ZYMT9FPO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29DO0ZYMT9FPO |
| 293 | Âõõ‰∏™Âü≥À§§¥ | A2BMCDP2KCRYFE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2BMCDP2KCRYFE |

12

| Doc No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 294 | HONGLIDIANZI | A2BOGP0XHWJBEE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2BOGP0XHWJBEE |
| 295 | lvliangshilishiquaoxinbianlishangdian | A2D9F215FGC63Y | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2D9F215FGC63Y |
| 296 | guozhenyang-1 | A2E83208IEEUA1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2E83208IEEUA1 |
| 297 | kean XinJISHU stor | A2ES2FEP0WPYU9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2ES2FEP0WPYU9 |
| 298 | xiaodingdangbaozang | A2FJNGYVNCDFDR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2FJNGYVNCDFDR |
| 299 | Mounten Top | A2IMHZF0TVP72H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2IMHZF0TVP72H |
| 300 | Mooney department store | A2INVYIPIMP4EB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2INVYIPIMP4EB |
| 301 | Ke Bo Ka | A2J0P2BPK3NZOV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2J0P2BPK3NZOV |
| 302 | LvLiangShiLiShiQuPiaoYangBaiHuoShangDian | A2L0VEV901BJ7A | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2L0VEV901BJ7A |
| 303 | Sugar Association | A2M9OO0U75KEYZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2M9OO0U75KEYZ |
| 304 | baoge6666 | A2MDDMCHU4EN8N | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MDDMCHU4EN8N |

| Doc No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 305 | XiaFeiShop | A2MRIX7L419W6V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MRIX7L419W6V |
| 306 | YUSHEN-US | A2MXLUYZPVEZC0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MXLUYZPVEZC0 |
| 307 | JIMIQIANG STORE | A2MXVHJC8CDTVO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MXVHJC8CDTVO |
| 308 | Mengbiyous Department Store | A2N5RS4R60UNFH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2N5RS4R60UNFH |
| 309 | wangshuaibaihuoshms | A2OJB4NOEQNY1Q | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2OJB4NOEQNY1Q |
| 310 | Knight lovers | A2QR9ZV2URMKVT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2QR9ZV2URMKVT |
| 311 | zhengyouhan123 | A2R3VQJ7Y69IG5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2R3VQJ7Y69IG5 |
| 312 | TONGDAA-US | A2R4WKYL4HPL3X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2R4WKYL4HPL3X |
| 313 | Âπ∏„Âõ„Â™È¢® | A2SLLHKR6VEOYL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2SLLHKR6VEOYL |
| 314 | Â∞è‰∏∏Â≠êÁöÑÂÅóÈì | A2TBALCK3U4JCT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2TBALCK3U4JCT |
| 315 | #NAME? | A2U2BJRMNF740K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2U2BJRMNF740K |

| Doc No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 316 | kuakuataoyou | A2UKUGFV2NRAM3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2UKUGFV2NRAM3 |
| 317 | YuLinShiYuYangQuZhengZhengBaiHuoDian | A2V0UVIRR4AL28 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2V0UVIRR4AL28 |
| 318 | ranzhitaoamz | A2V5LECX2QUNQD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2V5LECX2QUNQD |
| 319 | WRRBAOBEI | A2W6O0S1NRTBM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2W6O0S1NRTBM |
| 320 | zhukalushangmao | A2WB2FQTKGFB19 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2WB2FQTKGFB19 |
| 321 | MATECH MALL | A2YM8VC25QU27V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2YM8VC25QU27V |
| 322 | A store where people can't get rich without having | A2YV2PDJLEASYG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2YV2PDJLEASYG |
| 323 | Pinru's headlights | A2Z3D9PX0S2XX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2Z3D9PX0S2XX |
| 324 | Galaxy Co., Ltd | A318OZ3KWDZKGJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A318OZ3KWDZKGJ |
| 325 | yangruiselection | A32LFVD2LRA0J5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32LFVD2LRA0J5 |
| 326 | QINISTORE | A32M9XOECFIB4M | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32M9XOECFIB4M |

| Doc No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 327 | chuanhuixinxi | A3360LOQILX6QC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3360LOQILX6QC |
| 328 | YU DINGYA | A39EIRD7D0MW1L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A39EIRD7D0MW1L |
| 329 | GAOWAROOM | A3AOMHB6EN1ROI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3AOMHB6EN1ROI |
| 330 | Êó†ÅøåÁîµÂ≠êÂïÜÚÁÂä° | A3BZC2GYSSPBC2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3BZC2GYSSPBC2 |
| 331 | 33 Grocery Stores US | A3C62KX8WRWZLN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3C62KX8WRWZLN |
| 332 | jiangbo123 | A3CBB1WFHUY61K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3CBB1WFHUY61K |
| 333 | Zn-US | A3D59CIWFXE7SR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3D59CIWFXE7SR |
| 334 | ZAOWAN | A3F3THQ63SMFAQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3F3THQ63SMFAQ |
| 335 | wangkun987 | A3F8WYYCI3YY1E | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3F8WYYCI3YY1E |
| 336 | chengyichangshiyuanuanyoushangmaoshanghang(gerenduzi) | A3G2FDC4DTZONY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3G2FDC4DTZONY |
| 337 | Tzou store | A3G33PQSS1JMN4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3G33PQSS1JMN4 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 338 | jinfangcheng | A3GTML5IW2MSJ0 | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A3GTML5IW2MSJ0 |
| 339 | LIUJILONGLONGC HENGBEIJIE | A3HCD5CGQW6RR | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A3HCD5CGQW6RR |
| 340 | ÂêÑ‰Ωç§ß‰Ω¨§ ßÂçñÔ°åÊúáÈ¢óÆÈ¢ò ËÂíÂ≥ªÁ´ãÂà†Ôºå | A3HO57MSYNH9Q M | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A3HO57MSYNH9QM |
| 341 | SHOPHH-US | A3IAHMZEJA60ED | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A3IAHMZEJA60ED |
| 342 | Warm Home decor | A3ICNM01047210 | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A3ICNM01047210 |
| 343 | ishiquguikelaizhilengs hebeidian | A3IVWDP1T5I9RF | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A3IVWDP1T5I9RF |
| 344 | kelujidianzishangwu | A3JVWQ0B1N18A | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A3JVWQ0B1N18A |
| 345 | DDÊ∑ò‰ΩπêÊ¥≠ | A3L4Y3PA4JAOPN | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A3L4Y3PA4JAOPN |
| 346 | yunyanam | A3LTBTA6QMJ12W | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A3LTBTA6QMJ12W |
| 347 | QINGBO0909 | A3MVU9K6QYDKV 7 | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A3MVU9K6QYDKV7 |
| 348 | wunaijiaru | A3O3T7PNFMKBM H | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A3O3T7PNFMKBMH |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 349 | dengfeibaihuodian | A3OVZ3OQFJQ4KG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OVZ3OQFJQ4KG |
| 350 | bingbingshanghang | A3OXQFW561X3TO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OXQFW561X3TO |
| 351 | ZHENYAN | A3PJA0TV0N7UJ6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3PJA0TV0N7UJ6 |
| 352 | RZOIZWKO | A3QJ99EH4HABUS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3QJ99EH4HABUS |
| 353 | In Cool shop | A3R7IUUWWGYGJT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3R7IUUWWGYGJT |
| 354 | MA8QNA0X8P | A3RT7RJ0CYXD9O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3RT7RJ0CYXD9O |
| 355 | PENGCCCCC | A3S1R43O17269T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3S1R43O17269T |
| 356 | gongshuxing123 | A3S3UR4A3HUTD7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3S3UR4A3HUTD7 |
| 357 | WANG SAI STORE | A3SUH2KD38AMXK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3SUH2KD38AMXK |
| 358 | Wall Street Sales Elite | A58YEG3E6TUVI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A58YEG3E6TUVI |
| 359 | linglibaihuoshanghang | A7DS0TJF7J1HP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A7DS0TJF7J1HP |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 360 | zhgangrius | A9870Z9JDI3V9 | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A9870Z9JDI3V9 |
| 361 | HuanCangShangMao | A9O7WGPU2Z90A | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=A9O7WGPU2Z90A |
| 362 | MINGDA STORE | AABDFGUVPXKNW | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=AABDFGUVPXKNW |
| 363 | Jolly Daydream | AB43748AF1RK9 | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=AB43748AF1RK9 |
| 364 | Cailue Company Limited | ABB6W2Z5KIJED | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=ABB6W2Z5KIJED |
| 365 | fanxukun123 | ACG8O0YQ7Z05L | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=ACG8O0YQ7Z05L |
| 366 | YiDaMaoYiYouXian GongSi | ADXCPZ5H00WDO | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=ADXCPZ5H00WDO |
| 367 | T-shopping | AFJ07LDQ7XGRI | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=AFJ07LDQ7XGRI |
| 368 | Hefeipengce | AH788HV4EP1KR | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=AH788HV4EP1KR |
| 369 | GAOGUSHANGMAO | AILT4SUPYXPYV | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=AILT4SUPYXPYV |
| 370 | Imperfect Paris | AJJXWBUHYNL8A | https://www.amazon.com/sp?_encoding= UTF8&marketplaceID=ATVPDKIKX0D ER&seller=AJJXWBUHYNL8A |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 371 | Cui Bo | AK984NWUS4889 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AK984NWUS4889 |
| 372 | Abin-us | AKE943XB8A9CO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AKE943XB8A9CO |
| 373 | benxuanduji | ALRNFH4CHE16J | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ALRNFH4CHE16J |
| 374 | miaoji-K | AM2HD4X260UYJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AM2HD4X260UYJ |
| 375 | DANHUA-US | AM6HBFY2QVAV6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AM6HBFY2QVAV6 |
| 376 | zhongwenxin123 | AMYM5HRAJXPHT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMYM5HRAJXPHT |
| 377 | chaoshanbaihuo | ANMIVYYILW9GH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANMIVYYILW9GH |
| 378 | XDJT | AOG7P7ABDA9L5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOG7P7ABDA9L5 |
| 379 | LV Lighting Store | AOTJUZR7F4JWD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOTJUZR7F4JWD |
| 380 | ZHMcom | AQH015J7SJT59 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQH015J7SJT59 |
| 381 | hnhkzzqsmyxgs | AQR2PWHYZA3LT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQR2PWHYZA3LT |

| Doc No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 382 | Enthusiast Club | AQV51YUEA7EBY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQV51YUEA7EBY |
| 383 | XINXUMAN | AQZ5HTTG8Y4C1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQZ5HTTG8Y4C1 |
| 384 | tuoyuanshangmao | ARIPOSEWBTDRY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ARIPOSEWBTDRY |
| 385 | Bo Na - IT | AUPSFW0QK1DUZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AUPSFW0QK1DUZ |
| 386 | ÂêïÊ¢ÁÂ∏ÇÁ¶Áü≥Âå∫ÁÂêõÁ‚ÂôæË¥ßÂïÜÈ°â | AUSNKUIO5733O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AUSNKUIO5733O |
| 387 | ÊπòÊΩ≠Ê∞ëÊ£ÆÁÁú≠ÂâÛÈïÛÁïÙÂä∞ÊúÂÈôâÂÔ∞Âè∏ | AV75SN5PUWDKZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AV75SN5PUWDKZ |
| 388 | zhongqinggejunfangfu zhuangyouxiangongsi | AVQZNGRD70K2L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVQZNGRD70K2L |
| 389 | LIBAOSHOP | AVUB38755D1C4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVUB38755D1C4 |
| 390 | Gansu Jinfeng Shunwei | AWIP39MEM28WO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AWIP39MEM28WO |
| 391 | ZXY*USA SHOP | AWJ223TP64P3L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AWJ223TP64P3L |
| 392 | jin hong guan | AXEDYKTB8BFC6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXEDYKTB8BFC6 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 393 | Eypidlighting | AXEHQ3N71IUJ0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXEHQ3N71IUJ0 |
| 394 | MEIYUKK | AXUNUXH59Z1VQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXUNUXH59Z1VQ |
| 395 | SHANGYUANTENG-US | AXVD2DP77F9LS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXVD2DP77F9LS |
| 396 | delin Store | 14775502 | https://www.dhgate.com/store/14775502 |
| 397 | willlustr Store | 15938360 | https://www.dhgate.com/store/15938360 |
| 400 | wenyiyi Store | 20128331 | https://www.dhgate.com/store/20128331 |
| 401 | light2008 Store | 20461469 | https://www.dhgate.com/store/20461469 |
| 402 | qiyuan06 Store | 21282840 | https://www.dhgate.com/store/21282840 |
| 403 | lvlingfang_1882020 Store | 21603987 | https://www.dhgate.com/store/21603987 |
| 404 | householdd Store | 21635232 | https://www.dhgate.com/store/21635232 |
| 405 | lutherhead Store | 21635581 | https://www.dhgate.com/store/21635581 |
| 406 | tuo10 Store | 21729854 | https://www.dhgate.com/store/21729854 |
| 407 | fadacai08 Store | 21759036 | https://www.dhgate.com/store/21759036 |
| 408 | garthmaura Store | 21810718 | https://www.dhgate.com/store/21810718 |
| 409 | alariceeny Store | 21810755 | https://www.dhgate.com/store/21810755 |
| 410 | mkol Store | 21819264 | https://www.dhgate.com/store/21819264 |
| 413 | us_connecticut Store | 21829571 | https://www.dhgate.com/store/21829571 |
| 414 | louis_vj_store Store | 21888434 | https://www.dhgate.com/store/21888434 |
| 415 | vip_warehouse Store | 21904926 | https://www.dhgate.com/store/21904926 |
| 416 | akarilighting | akarilighting | https://www.ebay.com/usr/akarilighting |
| 417 | brighter-lights | brighterlights | https://www.ebay.com/usr/brighterlights |
| 418 | cat2003hk | cat2003hk | https://www.ebay.com/usr/cat2003hk |
| 419 | EKOO FOR HOME | ekooforhome | https://www.ebay.com/usr/ekooforhome |
| 420 | huiyuanguanli | huiyuanguanli | https://www.ebay.com/usr/huiyuanguanli |
| 421 | jinwen LI2020 | jinwenli2020 | https://www.ebay.com/usr/jinwenli2020 |
| 422 | naya_8861 | naya_8861 | https://www.ebay.com/usr/naya_8861 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 423 | 27 Strawberry Ln | ofaefurnitures | https://www.ebay.com/usr/ofaefurnitures |
| 424 | tusker_triangle | tusker_triangle | https://www.ebay.com/usr/tusker_triangle |
| 427 | aldawhomes | aldawhomes | https://aldawhomes.com/ |
| 428 | chandelierslife | chandelierslife | https://chandelierslife.com/ |
| 429 | cozycasa | cozycasa | https://cozycasa.international/ |
| 432 | homiley | homiley | https://homiley.site/ |
| 433 | loveecru | loveecru | https://loveecru.com/ |
| 434 | modernspaceliving | modernspaceliving | https://www.modernspaceliving.com/, https://modernspaceliving |
| 435 | EYPIDHOMING | 5351829058618 | https://www.temu.com/m-5351829058618.html |
| 436 | NUANSHU | 634418210963643 | https://www.temu.com/m-634418210963643.html |