AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LP A/S

CASE NUMBER:  24-cv-04260

V.

ASSIGNED JUDGE: Jorge L. Alonso

THE PARTNERSHIPS AND
UNINCORPORATED  ASSOCIATIONS
IDENTIFIED  IN SCHEDULE "A",

DESIGNATED
MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

Shenzhen Yunxing Electronics Co., Ltd.  and all other Defendants identified in the Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James E. Judge
Flener IP Law, LLC
77 W. Washington St., Ste. 800
Chicago, IL 60602

an answer to the complaint which is herewith served upon you,  ____21____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

June 17, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 24, 2024 |

| NAME OF SERVER *(PRINT)*    William Eskridge | TITLE    Paralegal |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify):    See attached Declartion _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 27, 2024                    /s/William Eskridge
_____            _____
Date                                            *Signature of Server*


77 W. Washington St, Ste. 800, Chicago, IL, 60602
_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.