Exhibit 1

| Merchant Name | Def. No. |
| --- | --- |
| Changsha Jpungsun Sci & Tech Co., Ltd. | 54 |
| Longchuangda Trading | 243 |
| HENDRICK & TECH LIMITED | 259 |
| yugebaihuoshanghang | 264 |
| mochibaihuoshanghang | 275 |
| Aurorastar | 290 |
| JIMIQIANG STORE | 307 |
| 小丸子的店铺 | 314 |
| YU DINGYA | 328 |
| jinfangcheng | 338 |
| Warm Home decor | 342 |
| ishiquguikelaizhilengshebeidian | 343 |
| Eypidlighting | 393 |
| naya_8861 | 422 |
| chandelierslife | 428 |
| loveecru | 433 |