IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LP A/S,<br><br>        Plaintiff,<br><br>  v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>        Defendants. | Case No. 24-cv-04260<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Maria Valdez |

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Plaintiff LP A/S, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants (collectively, "Settling Defendants") with prejudice:

| Merchant Name | Defendant No. |
|---|---|
| wangshuaibaihuoshms | 309 |
| kuakuataoyou | 316 |

Plaintiff is dismissing Settling Defendants because it has reached full settlement with them, the terms of which have been satisfied.

Settling defendants have neither filed an answer to the complaint nor otherwise plead. Dismissal under Rule 41(a)(1) is therefore appropriate.

1

| | |
|---|---|
| Dated: July 24, 2024 | Respectfully submitted, |
| | LP A/S |
| | By: /s/ James E. Judge |
| | Zareefa B. Flener (IL Bar No. 6281397)<br>James E. Judge (IL Bar No. 6243206)<br>Ying Chen (IL Bar No. 6346961)<br>Flener IP Law, LLC<br>77 West Washington Street, Suite 800<br>Chicago, Illinois 60602<br>jjudge@fleneriplaw.com<br>(312) 724-8874 |