Exhibit 1

| Merchant Name | Def. No. |
|---|---|
| kean XinJISHU stor | 297 |
| Sugar Association | 303 |
| Zhang Ling Lighthouse | 255 |
| QINGBO0909 | 347 |
| zhgangrius | 360 |
| Shuang You | 240 |
| Madman Motors | 248 |
| Chutian Trade | 289 |
| XiaFeiShop | 305 |
| Mengbiyous Department Store | 308 |
| Knight lovers | 310 |
| Pinru's headlights | 323 |
| Wall Street Sales Elite | 358 |
| HuanCangShangMao | 361 |
| Enthusiast Club | 382 |
| Bo Na - IT | 385 |