**Exhibit 1**

| Merchant Name | Def. No. |
|---|---|
| Zhongshan Blossom Lights Co., Ltd. | 2 |
| Shenzhen Buybay Technology Co., Ltd. | 5 |
| Henan Xingfuhui Electronic Commerce Co., Ltd. | 9 |
| Changzhou V-Young International Trading Co., Ltd. | 13 |
| Daning Industrial Import And Export (shenzhen) Co., Limited | 14 |
| Changsha Durlite Lighting Co., Ltd. | 16 |
| Shenzhen E-Lux Energy Co., Ltd. | 17 |
| Haining Eperson Import&Export Co., Ltd. | 18 |
| Shenzhen ETL Housing Co., Ltd. | 21 |
| Jiangmen Jinchang Lighting Co., Ltd. | 23 |
| Asplus Lighting Company | 26 |
| Foshan Wisemax Furniture Co., Ltd. | 28 |
| Jiashan Jiaxin Electronic Products Co., Ltd. | 33 |
| Yiwu Gees Star Technology Co., Ltd. | 34 |
| Huizhou Tianjie Technology Co., Ltd. | 39 |
| Shenzhen Qianzhengtian Technology Industrial Co., Ltd. | 40 |
| Shenzhen Lanhe Lighting Co., Ltd. | 41 |
| Zhongshan Rebecca Lighting Co., Ltd. | 44 |
| Zhongshan Huishuo Engineering Technology Co., Ltd. | 47 |
| zhongshanshi jianyi dengshichang | 49 |
| Zhongshan Jilan Technology Co., Ltd. | 50 |
| Shenzhen Jianbiao Digital Trade Ltd. | 51 |
| Zhongshan Junlin Lighting Technology Co., Ltd. | 55 |
| Zhongshan Kaixinguo Illumination Technology Co., Ltd. | 64 |
| Shenzhen Lead-Van Electronic Limited | 65 |
| Jiangmen Lingmeng Technology Co., Ltd. | 69 |
| Changchun Lisaa Home Co., Ltd. | 70 |
| Shenzhen Mingji Technology Co., Ltd. | 76 |
| Zhongshan Henglan Town Nanhui Lighting Electrical Appliance Factory | 78 |
| Hangzhou Kanlong Import & Export Co., Ltd. | 79 |
| Guangdong Haolida Lighting Co., Ltd. | 81 |
| Zhongshan Henglan Juns Lighting Factory | 83 |
| Sichuan Purple Aurora Photoelectric Technology Co., Ltd. | 85 |
| Foshan Smile Electrical Appliance Co., Ltd. | 88 |
| Shenzhen Lapuda Technology Co., Ltd. | 91 |
| Dongguan Zuoan Photoelectric Technology Co., Ltd. | 94 |
| Zhongshan Toolery Lighting Technology Co., Ltd. | 96 |

**Exhibit 1**

| | |
|---|---|
| Ningbo Meeko Smart Lighting Co., Ltd. | 99 |
| Shenzhen Wecares Lighting Co., Ltd. | 101 |
| Jiangmen Ruifei Lighting Technology Co., Ltd. | 104 |
| Zhongshan Wanshi Lighting Ltd. | 105 |
| Guangzhou Zhihui Lighting Industrial Co., Ltd. | 112 |
| Zhongshan Zhuotesi Lighting Co., Ltd. | 113 |