UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUIS POULSEN A/S,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | Case No. 24-cv-04260<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Maria Valdez |

## PLAINTIFF'S STATUS REPORT

Plaintiff Louis Poulsen A/S., through its counsel, submits the following report on the status of the case:

**I.      Status of Defendants**

Of the 436 Defendants, thirty-nine (39) Defendants have been dismissed from this case with prejudice. Three (3) defendants have paid settlement and will be dismissed with prejudice. Eleven (11) Defendants have been sent a settlement agreement and three (3) Defendants have signed a settlement agreement. Upon full execution and performance of the agreement, they will be dismissed from the case. Seven (7) Defendants have signed an agreement and have requested a platform deduction. Upon full execution and performance of the agreement, they will be dismissed from the case. Forty-three (43) Defendants could not be served and will be dismissed without prejudice. Plaintiff is actively negotiating with forty-four (44) defendants. The remaining Defendants have not answered the complaint or otherwise pled

**II.     Proposed Next Steps**

Plaintiff will file a Motion for Entry of Default and Default Judgement against the defendants who have been served but have not answered within four weeks. Therefore, Plaintiff proposes to file a further status report in 21 days, and requests that the Court schedule any necessary status conference after that date.

**Dated:** August 5, 2024

Respectfully submitted,

Louis Poulsen A/S

By:    <u>/s/ James E. Judge</u>

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 W. Washington St., Ste. 800
Chicago, IL 60602
(312) 724-8874
Jjudge@fleneriplaw.com