IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUIS POULSEN A/S,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | No. 24-cv-04260<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Maria Valdez |

**PLAINTIFF'S NOTICE OF DISMISSAL
OF CERTAIN DEFENDANTS**

Plaintiff Louis Poulsen A/S, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the defendant(s):

| Merchant Name | Def. No. |
|---|---|
| Haining Tonghua Import & Export Co., Ltd. | 42 |
| Zhongshan R&J Lighting Co., Ltd. | 84 |
| DAWEI-US | 266 |
| ZhangBodedian | 268 |
| xuyufang--US | 269 |
| ljiahuan | 279 |
| yangzhenshuaihhb | 281 |
| putianshimeizhoudaoshangdeshaojingkeji | 283 |
| yangruiselection | 325 |
| Zn-US | 333 |
| MA8QNA0X8P | 354 |

(collectively "Settling Defendants") with prejudice. Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

1

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

DATED: August 14, 2024

Respectfully submitted,

Louis Poulsen A/S

By: /s/ James E. Judge
Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
jjudge@fleneriplaw.com
(312) 724-8874