# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LOUIS POULSEN A/S,<br><br>      Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>      Defendants. | Case No. 24-cv-04260<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Maria Valdez |

## PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS

Plaintiff Louis Poulsen A/S, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendant(s) (collectively, "Settling Defendant(s)") with prejudice:

| Merchant Name | Defendant No. |
|---|---|
| huiyuanguanli | 420 |

Plaintiff is dismissing Settling Defendant(s) because it has reached full settlement with them, the terms of which have been satisfied.

Settling defendant(s) have neither filed an answer to the complaint nor otherwise plead. Dismissal under Rule 41(a)(1) is therefore appropriate.

1

Dated: August 21, 2024                    Respectfully submitted,

Louis Poulsen A/S

By: /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874