**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Louis Poulsen A/S, | |
| Plaintiff, | Case No. 24-cv-04260 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | Magistrate Judge Maria Valdez |
| Defendants. | |

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Plaintiff Louis Poulsen A/S, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendant(s) (collectively, "Dismissed Defendant(s)") with prejudice:

| Merchant Name | Defendant No. |
|---|---|
| thelightzey | 425 |

Dismissed Defendant(s) have neither filed an answer to the complaint nor otherwise pled. Dismissal under Rule 41(a)(1) is therefore appropriate.

1

Dated: September 2, 2024

Respectfully submitted,

Louis Poulsen A/S

By:   /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874