IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUIS POULSEN A/S,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | No. 24-cv-04260<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Maria Valdez |

**PLAINTIFF'S NOTICE OF DISMISSAL
OF CERTAIN DEFENDANTS**

Plaintiff Louis Poulsen A/S, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendant(s):

| Merchant Name | Def. No. |
|---|---|
| Zhongshan Chenyuan Lighting Technology Co., Ltd. | 7 |
| Zhongshan Chuse Lighting Co., Ltd. | 12 |
| Zhongshan Feng Zhiming Lighting Co., Ltd. | 30 |
| Jinjiang Jiaxing Import & Export Trade Co., Ltd. | 52 |
| Guangzhou Kebo Lighting Co., Ltd. | 59 |
| Zhongshan Leeman Lighting Co.,ltd. | 66 |
| Zhongshan Makie Lighting Appliance Co.Ltd. | 74 |
| Guangzhou Modern Z Furniture Co., Limited | 89 |
| Zhongshan Guzhen Xuanda Lighting Factory | 107 |
| Zhongshan Huiyue Technology Co., Ltd. | 117 |
| Zhongshan Classical Photoelectric Technology Co., Ltd. | 119 |
| In Cool shop | 353 |

(collectively "Settling Defendants") with prejudice. Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

| | |
|---|---|
| DATED: September 6, 2024 | Respectfully submitted, |
| | Louis Poulsen A/S |
| | By: /s/ James E. Judge<br>Zareefa B. Flener (IL Bar No. 6281397)<br>James E. Judge (IL Bar No. 6243206)<br>Ying Chen (IL Bar No. 6346961)<br>Flener IP Law, LLC<br>77 W. Washington St., Suite 800<br>Chicago IL 60602<br>jjudge@fleneriplaw.com<br>(312) 724-8874 |