# Schedule A

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Shenzhen Yunxing Electronics Co., Ltd. | 3cbit | https://3cbit.en.alibaba.com |
| 4 | Zhongshan Botian Lighting Co., Ltd. | botianlighting | https://botianlighting.en.alibaba.com |
| 6 | Fuzhou Canco Lighting Co., Ltd. | cancolighting | https://cancolighting.en.alibaba.com |
| 8 | Guangzhou Chuangxingyi Trading Co., Ltd. | chuangxinyi | https://chuangxinyi.en.alibaba.com |
| 10 | Zhongshan Tpstarlite Lighting Co., Ltd. | cndianjing | https://cndianjing.en.alibaba.com |
| 11 | Zhongshan Guitu Lighting Technology Co., Ltd. | cnguitu | https://cnguitu.en.alibaba.com |
| 19 | Shenzhen Ecrown Exhibition Co., Ltd. | ecrowngroup | https://ecrowngroup.en.alibaba.com |
| 20 | Espacelighting(Shenzhen) Co., Ltd. | espacelighting | https://espacelighting.en.alibaba.com |
| 22 | Zhongshan Eupple Lighting Co., Ltd. | eupple | https://eupple.en.alibaba.com |
| 24 | Evelyn Home Decor (Guangzhou) Co., Ltd. | evelynhomedecor | https://evelynhomedecor.en.alibaba.com |
| 25 | Guangzhou Miguang Technology Co., Ltd. | findlighting | https://findlighting.en.alibaba.com |
| 27 | Fuzhou Faithreach Import And Export Co., Ltd. | fjfr | https://fjfr.en.alibaba.com |
| 29 | Foshan Shunde Liangying Lighting And Electrical Co., Ltd. | fsliangying | https://fsliangying.en.alibaba.com |
| 31 | Fuzhou Wells Import And Export Co., Ltd. | fzwell | https://fzwell.en.alibaba.com |
| 32 | Garsh Lamp Co., Ltd. | garsh | https://garsh.en.alibaba.com |
| 35 | Zhongshan Guanhua Lighting Co., Ltd. | guanhualed | https://guanhualed.en.alibaba.com |
| 36 | Guangzhou Jingpeng Electronic Technology Co., Ltd. | gz-jingpeng | https://gz-jingpeng.en.alibaba.com |

| | | | |
|---|---|---|---|
| 37 | Fujian Hongchang Electric Appliance Co., Ltd. | hcporcelain | https://hcporcelain.en.alibaba.com |
| 38 | Hefei Yingguang Industry And Trade Co., Ltd. | hefeiyingguang | https://hefeiyingguang.en.alibaba.com |
| 43 | Zhongshan Hongji Lighting Co., Ltd. | hongjilighting | https://hongjilighting.en.alibaba.com |
| 46 | Zhongshan Hualing Lighting Inc | hualinglighting | https://hualinglighting.en.alibaba.com |
| 48 | Zhongshan Taiwo Lighting Co., Ltd. | insart | https://insart.en.alibaba.com |
| 53 | Guangzhou Jingli Trading Co., Ltd. | jlbright | https://jlbright.en.alibaba.com |
| 56 | Shenzhen Junchi Lighting Technology Co., Ltd | junslight | https://junslight.en.alibaba.com |
| 57 | Jiaxing Hamis Import & Export Co., Ltd. | jxhamis | https://jxhamis.en.alibaba.com |
| 60 | Zhongshan Langming Lighting Factory | kelangshi | https://kelangshi.en.alibaba.com |
| 62 | Jiangmen Jianghai Jindeng Lighting Co., Limited | kendoem | https://kendoem.en.alibaba.com |
| 63 | Fuzhou Keruida Electric Porcelain And Appliance Co., Ltd. | krddq | https://krddq.en.alibaba.com |
| 67 | Shenzhen Lightman Opotoelectronics Co., Ltd. | lightman | https://lightman.en.alibaba.com |
| 68 | Anhui Lights Lighting Technology Ltd | lightslighting | https://lightslighting.en.alibaba.com |
| 71 | Jiangmen Lobo Lighting Co., Ltd. | lobolighting | https://lobolighting.en.alibaba.com |
| 73 | Zhongshan Mailang Lighting Limited Co | mailanglighting | https://mailanglighting.en.alibaba.com |
| 75 | Zhongshan Masuper Lighting Co., Ltd. | masuperlighting | https://masuperlighting.en.alibaba.com |
| 77 | Quanzhou Mixing Technology Co., Ltd. | missions | https://missions.en.alibaba.com |
| 80 | Nanchang Glomall Technology Co., Ltd. | occowhite | https://occowhite.en.alibaba.com |
| 82 | RAYAAN INTERNATIONAL | rayaninternational | https://rayaninternational.en.alibaba.com |

| 86 | Shenzhen Sen Rich Technology Co., Limited | senrich | https://senrich.en.alibaba.com |
|---|---|---|---|
| 87 | Guangzhou Shenghao Lighting Technology Co., Ltd. | shinehomes | https://shinehomes.en.alibaba.com |
| 90 | Sunye Light Limited | sunyelighting | https://sunyelighting.en.alibaba.com |
| 92 | Shenzhen Zhongyixin Trading Co., Ltd. | szzyxsm | https://szzyxsm.en.alibaba.com |
| 93 | IQBAL COLLECTION | thecandles | https://thecandles.en.alibaba.com |
| 95 | Haining Tonghua Import & Export Co., Ltd. | tonghuasolar | https://tonghuasolar.en.alibaba.com |
| 97 | Shenzhen TYD Electronics Co., Ltd. | tydelectronics | https://tydelectronics.en.alibaba.com |
| 98 | Shenzhen Youlaite Lighting&decoration Co. Ltd | uniquelights | https://uniquelights.en.alibaba.com |
| 100 | Zhongshan Qingyang Lighting Engineering Co., Ltd. | wddwo | https://wddwo.en.alibaba.com |
| 102 | Widearth (Jiangmen) Lighting Co., Limited | widearthlight | https://widearthlight.en.alibaba.com |
| 103 | Zhongshan Yongtai Ligting Co., Ltd. | winlams | https://winlams.en.alibaba.com |
| 106 | Zhongshan Xin Patu Lighting Co., Ltd. | xptlighting | https://xptlighting.en.alibaba.com |
| 108 | Zhongshan Huiqi Lighting Factory | xuanzhi | https://xuanzhi.en.alibaba.com |
| 109 | Foshan Yiaosa Trading Co., Ltd. | yiaosa | https://yiaosa.en.alibaba.com |
| 110 | Zhongshan 1913 Lighting Appliance Co., Ltd. | yijiuyisan | https://yijiuyisan.en.alibaba.com |
| 111 | Dongguan Youbida Lighting Co., Ltd. | youbida | https://youbida.en.alibaba.com |
| 114 | Zhongshan Zhuotesi Lighting Co., Ltd. | zhtes2 | https://zhtes2.en.alibaba.com |
| 115 | Zhongshan Disley Lighting Co., Ltd. | zsdsllight | https://zsdsllight.en.alibaba.com |
| 116 | Zhongshan Huigu Electronic Technology Co., Ltd. | zshuigu | https://zshuigu.en.alibaba.com |

| 118 | Huizhou Anjia Lighting Co., Ltd. | zsihome | https://zsihome.en.alibaba.com |
|---|---|---|---|
| 120 | Zhongshan Jiayou Household Supplies Co., Ltd. | zsjiayou | https://zsjiayou.en.alibaba.com |
| 121 | Zhongshan Pinke Lighting Ltd | zspklighting | https://zspklighting.en.alibaba.com |
| 122 | Zhongshan Saisheng Lighting Co., Ltd. | zsshinelighting | https://zsshinelighting.en.alibaba.com |
| 123 | Zhongshan Guzhen Mingyue Lighting Factory | zssmy | https://zssmy.en.alibaba.com |
| 124 | excellent lighting factory Store | 1100421269 | https://www.aliexpress.com/store/1100421269 |
| 125 | Doris lighting Co.,Ltd. | 1100483626 | https://www.aliexpress.com/store/1100483626 |
| 126 | MELLIFLUOUS lighting Store | 1100516241 | https://www.aliexpress.com/store/1100516241 |
| 127 | Foshan Bonita Lighting Co.,Ltd | 1100730080 | https://www.aliexpress.com/store/1100730080 |
| 128 | ASANZUO Lighting Official Store | 1100745498 | https://www.aliexpress.com/store/1100745498 |
| 129 | Fashion Cute You and Me | 1100960807 | https://www.aliexpress.com/store/1100960807 |
| 130 | JLhousehold lighting Store | 1101076374 | https://www.aliexpress.com/store/1101076374 |
| 131 | BLEDV Optical lighting company Store | 1101249684 | https://www.aliexpress.com/store/1101249684 |
| 132 | Livewin Store | 1101257473 | https://www.aliexpress.com/store/1101257473 |
| 133 | wongshi Official Store | 1101259119 | https://www.aliexpress.com/store/1101259119 |
| 134 | Starlish168 Store | 1101277167 | https://www.aliexpress.com/store/1101277167 |
| 135 | Shop4367008 Store | 1101294761 | https://www.aliexpress.com/store/1101294761 |
| 136 | linleeffy Home Decor Lighting Store | 1101308401 | https://www.aliexpress.com/store/1101308401 |
| 137 | HANDFUII Official Store | 1101361296 | https://www.aliexpress.com/store/1101361296 |

| 138 | Shop5796037 Store | 1101392755 | https://www.aliexpress.com/store/1101392755 |
| --- | --- | --- | --- |
| 139 | QINGYUNKE Lighting Store | 1101394309 | https://www.aliexpress.com/store/1101394309 |
| 140 | Shop3981022 Store | 1101415268 | https://www.aliexpress.com/store/1101415268 |
| 141 | Shop4405058 Store | 1101422288 | https://www.aliexpress.com/store/1101422288 |
| 142 | YourLight Store | 1101422559 | https://www.aliexpress.com/store/1101422559 |
| 143 | Pro lighting factory Store | 1101462481 | https://www.aliexpress.com/store/1101462481 |
| 144 | Ailihua Light Store | 1101472383 | https://www.aliexpress.com/store/1101472383 |
| 145 | China high quality hotel cordless table lighting Store | 1101511696 | https://www.aliexpress.com/store/1101511696 |
| 146 | Shenyushop Store | 1101517751 | https://www.aliexpress.com/store/1101517751 |
| 147 | Yanxiu Lighting Designer's Shop Store | 1101518709 | https://www.aliexpress.com/store/1101518709 |
| 148 | HB Home Store | 1101536638 | https://www.aliexpress.com/store/1101536638 |
| 149 | Obervist Lighting Store | 1101537687 | https://www.aliexpress.com/store/1101537687 |
| 150 | Shop910325049 Store | 1101537705 | https://www.aliexpress.com/store/1101537705 |
| 151 | Queenlife Decor Lighting Store | 1101543409 | https://www.aliexpress.com/store/1101543409 |
| 152 | Light your future Lighting Store | 1101569824 | https://www.aliexpress.com/store/1101569824 |
| 153 | Mavelux Store | 1101586537 | https://www.aliexpress.com/store/1101586537 |
| 154 | Number-7 Lighting Online Store | 1101589894 | https://www.aliexpress.com/store/1101589894 |
| 155 | Surprisingly Beautiful Store | 1101602574 | https://www.aliexpress.com/store/1101602574 |
| 156 | QINGYUNKE Led-lighting Store | 1101648852 | https://www.aliexpress.com/store/1101648852 |
| 157 | KAGU Official Store | 1101665253 | https://www.aliexpress.com/store/1101665253 |

| | | | |
|---|---|---|---|
| 158 | Lamsam LED Store | 1101699312 | https://www.aliexpress.com/store/1101699312 |
| 159 | China cordless table lamp manufacturer Store | 1101730947 | https://www.aliexpress.com/store/1101730947 |
| 160 | LED Charging Home Manufacturer Store | 1101747185 | https://www.aliexpress.com/store/1101747185 |
| 161 | LIMIT LIGHT Official Store | 1101759698 | https://www.aliexpress.com/store/1101759698 |
| 162 | 24K Lighting Store | 1101779254 | https://www.aliexpress.com/store/1101779254 |
| 163 | Topyun Store | 1101781208 | https://www.aliexpress.com/store/1101781208 |
| 164 | ZSHLZC LED Home Lighting Store | 1101851917 | https://www.aliexpress.com/store/1101851917 |
| 165 | Hotel lighting manufacturer Store | 1101939708 | https://www.aliexpress.com/store/1101939708 |
| 166 | Shop912626693 Store | 1101944420 | https://www.aliexpress.com/store/1101944420 |
| 167 | YI BU lighting Store | 1101949168 | https://www.aliexpress.com/store/1101949168 |
| 168 | Jian Bian Simple Table Lamp Store | 1101966530 | https://www.aliexpress.com/store/1101966530 |
| 169 | HUNAN xinduoduo002 Store | 1101983559 | https://www.aliexpress.com/store/1101983559 |
| 170 | DARHYN LED Store | 1102005610 | https://www.aliexpress.com/store/1102005610 |
| 171 | Juntu Lighting Store | 1102007104 | https://www.aliexpress.com/store/1102007104 |
| 172 | Indoor lighting Store | 1102009049 | https://www.aliexpress.com/store/1102009049 |
| 173 | Shining Lighting Store | 1102012563 | https://www.aliexpress.com/store/1102012563 |
| 174 | China Super global direct marketing Store | 1102022372 | https://www.aliexpress.com/store/1102022372 |
| 175 | Billion Lampa Store | 1102033855 | https://www.aliexpress.com/store/1102033855 |
| 177 | Shop1102075441 Store | 1102080398 | https://www.aliexpress.com/store/1102080398 |
| 178 | Topwinson Store | 1102089667 | https://www.aliexpress.com/store/1102089667 |

| 179 | LOVING LAMPA Lighting Factory Store | 1102133931 | https://www.aliexpress.com/store/1102133931 |
| 180 | XYJ Lighting Store | 1102169242 | https://www.aliexpress.com/store/1102169242 |
| 181 | Darcy Lighting Store | 1102185460 | https://www.aliexpress.com/store/1102185460 |
| 182 | Factory Direct Lighting Store | 1102302566 | https://www.aliexpress.com/store/1102302566 |
| 183 | Barcato Lighting 2022 Store | 1102304216 | https://www.aliexpress.com/store/1102304216 |
| 184 | Janedecor Store | 1102310032 | https://www.aliexpress.com/store/1102310032 |
| 185 | AIZAKA Lighting Official Store | 1102311707 | https://www.aliexpress.com/store/1102311707 |
| 186 | Home One-stop Store | 1102345233 | https://www.aliexpress.com/store/1102345233 |
| 187 | Luxury Lighting Store Store | 1102362056 | https://www.aliexpress.com/store/1102362056 |
| 188 | Yanke Lighting Factory Store | 1102455249 | https://www.aliexpress.com/store/1102455249 |
| 189 | Sunway Lighting Store | 1102455448 | https://www.aliexpress.com/store/1102455448 |
| 190 | DARHYN Smart Lights Store | 1102459242 | https://www.aliexpress.com/store/1102459242 |
| 191 | Ba Zhi Technology Lighting Store | 1102470061 | https://www.aliexpress.com/store/1102470061 |
| 192 | Legendary Panda Lighting Store | 1102472298 | https://www.aliexpress.com/store/1102472298 |
| 194 | Blesslighting Store | 1102549510 | https://www.aliexpress.com/store/1102549510 |
| 195 | Fiona Lighting Store Store | 1102559635 | https://www.aliexpress.com/store/1102559635 |
| 196 | ZIMULONG-Preferred Store | 1102564091 | https://www.aliexpress.com/store/1102564091 |
| 197 | Home Of Lamps Store | 1102599259 | https://www.aliexpress.com/store/1102599259 |
| 198 | ZIMULONG Official Store | 1102626980 | https://www.aliexpress.com/store/1102626980 |
| 199 | Lampara Techo Decor Store | 1102634333 | https://www.aliexpress.com/store/1102634333 |

| 200 | ZML Lighting Store | 1102636794 | https://www.aliexpress.com/store/1102636794 |
| 201 | MadeinChina Store | 1102644303 | https://www.aliexpress.com/store/1102644303 |
| 202 | Legendary Lighting Store | 1102647535 | https://www.aliexpress.com/store/1102647535 |
| 203 | Violet Lighting Store | 1102648908 | https://www.aliexpress.com/store/1102648908 |
| 204 | Shang Lang Lighting Store | 1102653116 | https://www.aliexpress.com/store/1102653116 |
| 205 | Light-Shop Store | 1102666243 | https://www.aliexpress.com/store/1102666243 |
| 206 | Royal Lighting Store | 1102675353 | https://www.aliexpress.com/store/1102675353 |
| 207 | JIAN KE XING LIGHTING Store | 1102699628 | https://www.aliexpress.com/store/1102699628 |
| 208 | Shop1102703303 Store | 1102706192 | https://www.aliexpress.com/store/1102706192 |
| 209 | Shop1102710138 Store | 1102713103 | https://www.aliexpress.com/store/1102713103 |
| 210 | Wholesale Lamp Fixture Store | 1102743214 | https://www.aliexpress.com/store/1102743214 |
| 211 | Shop1102800231 Store | 1102801239 | https://www.aliexpress.com/store/1102801239 |
| 212 | QiuShui Lamp Fixture Store | 1102812309 | https://www.aliexpress.com/store/1102812309 |
| 213 | Shop1102841889 Store | 1102839909 | https://www.aliexpress.com/store/1102839909 |
| 214 | Shop1102890627 Store | 1102895543 | https://www.aliexpress.com/store/1102895543 |
| 215 | Furniture Preferred Store | 1102959213 | https://www.aliexpress.com/store/1102959213 |
| 216 | Universal Shop Store | 1102960215 | https://www.aliexpress.com/store/1102960215 |
| 217 | KFKF Store | 1102960313 | https://www.aliexpress.com/store/1102960313 |
| 218 | Coral Lighting Store | 1102960472 | https://www.aliexpress.com/store/1102960472 |
| 219 | China Largest High-quality Goods Store | 1102963238 | https://www.aliexpress.com/store/1102963238 |

| 220 | Kiki Home Decor Store | 1102964334 | https://www.aliexpress.com/store/1102964334 |
|---|---|---|---|
| 221 | JK Modern Lighting Store | 1102982254 | https://www.aliexpress.com/store/1102982254 |
| 222 | Shop1102998789 Store | 1102991802 | https://www.aliexpress.com/store/1102991802 |
| 223 | Shop1102994935 Store | 1102993966 | https://www.aliexpress.com/store/1102993966 |
| 224 | Yicheng Lighting Store Store | 1103020310 | https://www.aliexpress.com/store/1103020310 |
| 225 | Medala Lighting Store | 1103038928 | https://www.aliexpress.com/store/1103038928 |
| 227 | Obervist Starlight Store | 1103130675 | https://www.aliexpress.com/store/1103130675 |
| 228 | Henry Lighting Store | 1103211496 | https://www.aliexpress.com/store/1103211496 |
| 229 | YIAOSA LIGHTING STORE Store | 1103293313 | https://www.aliexpress.com/store/1103293313 |
| 230 | EIUNVGO Lighting Store | 1103307405 | https://www.aliexpress.com/store/1103307405 |
| 231 | DH Chandelier Store | 1103312044 | https://www.aliexpress.com/store/1103312044 |
| 232 | JE Trade Store | 1103320273 | https://www.aliexpress.com/store/1103320273 |
| 233 | SKAWARD Lighting Store | 1103353086 | https://www.aliexpress.com/store/1103353086 |
| 234 | Shop1103405184 Store | 1103393174 | https://www.aliexpress.com/store/1103393174 |
| 235 | Chaocheng Lighting Store Store | 1103394236 | https://www.aliexpress.com/store/1103394236 |
| 236 | Shop1103432241 Store | 1103429267 | https://www.aliexpress.com/store/1103429267 |
| 237 | Shop1103437722 Store | 1103443031 | https://www.aliexpress.com/store/1103443031 |
| 238 | Juntu Trade Store Store | 1103483212 | https://www.aliexpress.com/store/1103483212 |
| 241 | ZhangP | A12KTCHOCV3O8R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12KTCHOCV3O8R |

| 242 | JKdepartmentstore | A12ZBHIKWL2Q1R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12ZBHIKWL2Q1R |
|---|---|---|---|
| 244 | RuthOule US | A14LCI7YHV94XZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A14LCI7YHV94XZ |
| 245 | SYZ-GP | A15327KZ8PN36Q | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15327KZ8PN36Q |
| 246 | weiyaoxiangshanqu | A15PDXVAPPUB22 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15PDXVAPPUB22 |
| 249 | zhiyicheng-shop | A17NSJV1P2P7MC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17NSJV1P2P7MC |
| 250 | zhangdewei123 | A17OBEL2DQR1N4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17OBEL2DQR1N4 |
| 251 | Ri He | A1AOJ2ZO09S958 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1AOJ2ZO09S958 |
| 252 | shiliehaishangmao | A1ASSZLX8YUNR0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ASSZLX8YUNR0 |
| 253 | FANGWANGYI | A1CFHNMF53XF2U | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1CFHNMF53XF2U |
| 256 | Gansu Yuanzelixin | A1FACFB755PLS6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FACFB755PLS6 |
| 257 | Tian Jin Gui | A1G7XBY9W161EI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1G7XBY9W161EI |
| 258 | shidanstore | A1GXFGW8N29JFR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1GXFGW8N29JFR |
| 260 | ZEANG-US | A1H53W1OU9S74Y | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1H53W1OU9S74Y |

| | | | |
|---|---|---|---|
| 261 | YuLinShiYuYangQuHuaHuaBaiHuoDian | A1H56Y9769W9F3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1H56Y9769W9F3 |
| 262 | 0dhahi2zcb | A1ITI0JCUMGZDH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ITI0JCUMGZDH |
| 263 | Crosssports Store | A1JQIJHHK6BSQH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1JQIJHHK6BSQH |
| 265 | quantianduji | A1LE5RVZC2C5YK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1LE5RVZC2C5YK |
| 270 | FengFeng lighting shop | A1N53N6AL7XGZ4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1N53N6AL7XGZ4 |
| 271 | WJLE-US | A1N87J9CUBMZIE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1N87J9CUBMZIE |
| 272 | Huaibei Zhenqiang Department Store | A1N8S8YWVL0PXJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1N8S8YWVL0PXJ |
| 273 | Sweet Dream US | A1OCM03RKM0GM9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1OCM03RKM0GM9 |
| 274 | juanliu223344 | A1OVOMODIBYOEJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1OVOMODIBYOEJ |
| 276 | Hahushan Department Store | A1PO3O9QH403L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PO3O9QH403L |
| 277 | KESHUN-US | A1QRJJG7N8T6Z6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QRJJG7N8T6Z6 |
| 278 | yangjiangshileidatongshangmaoyouxiangongsidengjinzhou | A1QXOI3U9EWSIO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QXOI3U9EWSIO |
| 280 | Bathroomsjoy | A1STZSO7DYPN4Q | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1STZSO7DYPN4Q |

| 282 | ruyouqinquanqinglianxijikexiajia | A1VZ8VF53QXDL3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1VZ8VF53QXDL3 |
|---|---|---|---|
| 284 | ShiFan Trading | A1YELANJ5T22B3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1YELANJ5T22B3 |
| 285 | shanxiwushen——GP | A1Z9OAO5YFI09T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1Z9OAO5YFI09T |
| 286 | dengzhoushishiyunshangmaoyouxiangongsi | A237RAGX0HJVC7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A237RAGX0HJVC7 |
| 287 | 济南好一易商贸有限公司 | A23MACT95ZUEQS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A23MACT95ZUEQS |
| 288 | Dongsheng Huize | A254AFZP88K2H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A254AFZP88K2H |
| 293 | 四个石头 | A2BMCDP2KCRYFE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2BMCDP2KCRYFE |
| 295 | lvliangshilishiquaoxinbianlishangdian | A2D9F215FGC63Y | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2D9F215FGC63Y |
| 296 | guozhenyang-1 | A2E83208IEEUA1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2E83208IEEUA1 |
| 299 | Mounten Top | A2IMHZF0TVP72H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2IMHZF0TVP72H |
| 300 | Mooney department store | A2INVYIPIMP4EB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2INVYIPIMP4EB |
| 301 | Ke Bo Ka | A2J0P2BPK3NZOV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2J0P2BPK3NZOV |
| 302 | LvLiangShiLiShiQuPiaoYangBaiHuoShangDian | A2L0VEV901BJ7A | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2L0VEV901BJ7A |

| | | | |
|---|---|---|---|
| 304 | baoge6666 | A2MDDMCHU4EN8N | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MDDMCHU4EN8N |
| 306 | YUSHEN-US | A2MXLUYZPVEZC0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MXLUYZPVEZC0 |
| 311 | zhengyouhan123 | A2R3VQJ7Y69IG5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2R3VQJ7Y69IG5 |
| 312 | TONGDAA-US | A2R4WKYL4HPL3X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2R4WKYL4HPL3X |
| 313 | 幸せな風 | A2SLLHKR6VEOYL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2SLLHKR6VEOYL |
| 315 | -fsadaada | A2U2BJRMNF740K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2U2BJRMNF740K |
| 317 | YuLinShiYuYangQuZhengZhengBaiHuoDian | A2V0UVIRR4AL28 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2V0UVIRR4AL28 |
| 318 | ranzhitaoamz | A2V5LECX2QUNQD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2V5LECX2QUNQD |
| 320 | zhukalushangmao | A2WB2FQTKGFB19 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2WB2FQTKGFB19 |
| 321 | MATECH MALL | A2YM8VC25QU27V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2YM8VC25QU27V |
| 322 | A store where people can't get rich without having | A2YV2PDJLEASYG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2YV2PDJLEASYG |
| 324 | Galaxy Co., Ltd | A318OZ3KWDZKGJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A318OZ3KWDZKGJ |
| 326 | QINISTORE | A32M9XOECFIB4M | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32M9XOECFIB4M |

| 327 | chuanhuixinxi | A3360LOQILX6QC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3360LOQILX6QC |
| --- | --- | --- | --- |
| 329 | GAOWAROOM | A3AOMHB6EN1ROI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3AOMHB6EN1ROI |
| 330 | 无忌电子商务 | A3BZC2GYSSPBC2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3BZC2GYSSPBC2 |
| 332 | jiangbo123 | A3CBB1WFHUY61K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3CBB1WFHUY61K |
| 334 | ZAOWAN | A3F3THQ63SMFAQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3F3THQ63SMFAQ |
| 336 | chengyichangshiyuanguanyoushangmaoshanghang(gerenduzi) | A3G2FDC4DTZONY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3G2FDC4DTZONY |
| 337 | Tzou store | A3G33PQSS1JMN4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3G33PQSS1JMN4 |
| 339 | LIUJILONGLONGCHENGBEIJIE | A3HCD5CGQW6RR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HCD5CGQW6RR |
| 340 | 各位大佬大卖（有问题联系立删） | A3HO57MSYNH9QM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HO57MSYNH9QM |
| 341 | SHOPHH-US | A3IAHMZEJA60ED | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3IAHMZEJA60ED |
| 344 | kelujidianzishangwu | A3JVWQ0B1N18A | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3JVWQ0B1N18A |
| 345 | DD淘乐购 | A3L4Y3PA4JAOPN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3L4Y3PA4JAOPN |
| 346 | yunyanam | A3LTBTA6QMJ12W | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3LTBTA6QMJ12W |

| | | | |
|---|---|---|---|
| 348 | wunaijiaru | A3O3T7PNFMKBMH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3O3T7PNFMKBMH |
| 349 | dengfeibaihuodian | A3OVZ3OQFJQ4KG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OVZ3OQFJQ4KG |
| 350 | bingbingshanghang | A3OXQFW561X3TO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OXQFW561X3TO |
| 351 | ZHENYAN | A3PJA0TV0N7UJ6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3PJA0TV0N7UJ6 |
| 352 | RZOIZWKO | A3QJ99EH4HABUS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3QJ99EH4HABUS |
| 355 | PENGCCCCC | A3S1R43O17269T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3S1R43O17269T |
| 356 | gongshuxing123 | A3S3UR4A3HUTD7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3S3UR4A3HUTD7 |
| 357 | WANG SAI STORE | A3SUH2KD38AMXK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3SUH2KD38AMXK |
| 359 | linglibaihuoshanghang | A7DS0TJF7J1HP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A7DS0TJF7J1HP |
| 362 | MINGDA STORE | AABDFGUVPXKNW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AABDFGUVPXKNW |
| 363 | Jolly Daydream | AB43748AF1RK9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AB43748AF1RK9 |
| 364 | Cailue Company Limited | ABB6W2Z5KIJED | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ABB6W2Z5KIJED |
| 365 | fanxukun123 | ACG8O0YQ7Z05L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACG8O0YQ7Z05L |

| 367 | T-shopping | AFJ07LDQ7XGRI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AFJ07LDQ7XGRI |
| --- | --- | --- | --- |
| 368 | Hefeipengce | AH788HV4EP1KR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AH788HV4EP1KR |
| 370 | Imperfect Paris | AJJXWBUHYNL8A | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AJJXWBUHYNL8A |
| 371 | Cui Bo | AK984NWUS4889 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AK984NWUS4889 |
| 372 | Abin-us | AKE943XB8A9CO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AKE943XB8A9CO |
| 373 | benxuanduji | ALRNFH4CHE16J | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ALRNFH4CHE16J |
| 374 | miaoji-K | AM2HD4X260UYJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AM2HD4X260UYJ |
| 375 | DANHUA-US | AM6HBFY2QVAV6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AM6HBFY2QVAV6 |
| 376 | zhongwenxin123 | AMYM5HRAJXPHT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMYM5HRAJXPHT |
| 377 | chaoshanbaihuo | ANMIVYYILW9GH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANMIVYYILW9GH |
| 378 | XDJT | AOG7P7ABDA9L5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOG7P7ABDA9L5 |
| 379 | LV Lighting Store | AOTJUZR7F4JWD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOTJUZR7F4JWD |
| 380 | ZHMcom | AQH015J7SJT59 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQH015J7SJT59 |

| 383 | XINXUMAN | AQZ5HTTG8Y4C1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQZ5HTTG8Y4C1 |
| --- | --- | --- | --- |
| 384 | tuoyuanshangmao | ARIPOSEWBTDRY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ARIPOSEWBTDRY |
| 386 | 吕梁市离石区珂琛百货商行 | AUSNKUIO5733O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AUSNKUIO5733O |
| 387 | 湘潭民森电子商务有限公司 | AV75SN5PUWDKZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AV75SN5PUWDKZ |
| 388 | zhongqinggejunfangfuzhuangyouxiangongsi | AVQZNGRD70K2L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVQZNGRD70K2L |
| 389 | LIBAOSHOP | AVUB38755D1C4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVUB38755D1C4 |
| 391 | ZXY*USA SHOP | AWJ223TP64P3L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AWJ223TP64P3L |
| 394 | MEIYUKK | AXUNUXH59Z1VQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXUNUXH59Z1VQ |
| 395 | SHANGYUANTENG-US | AXVD2DP77F9LS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXVD2DP77F9LS |
| 396 | delin Store | 14775502 | https://www.dhgate.com/store/14775502 |
| 397 | willlustr Store | 15938360 | https://www.dhgate.com/store/15938360 |
| 400 | wenyiyi Store | 20128331 | https://www.dhgate.com/store/20128331 |
| 401 | light2008 Store | 20461469 | https://www.dhgate.com/store/20461469 |
| 402 | qiyuan06 Store | 21282840 | https://www.dhgate.com/store/21282840 |
| 403 | lvlingfang_1882020 Store | 21603987 | https://www.dhgate.com/store/21603987 |
| 404 | householdd Store | 21635232 | https://www.dhgate.com/store/21635232 |
| 405 | lutherhead Store | 21635581 | https://www.dhgate.com/store/21635581 |
| 406 | tuo10 Store | 21729854 | https://www.dhgate.com/store/21729854 |
| 407 | fadacai08 Store | 21759036 | https://www.dhgate.com/store/21759036 |
| 408 | garthmaura Store | 21810718 | https://www.dhgate.com/store/21810718 |
| 409 | alariceeny Store | 21810755 | https://www.dhgate.com/store/21810755 |
| 410 | mkol Store | 21819264 | https://www.dhgate.com/store/21819264 |
| 413 | us_connecticut Store | 21829571 | https://www.dhgate.com/store/21829571 |

| 414 | louis_vj_store Store | 21888434 | https://www.dhgate.com/store/21888434 |
| 415 | vip_warehouse Store | 21904926 | https://www.dhgate.com/store/21904926 |
| 416 | akarilighting | akarilighting | https://www.ebay.com/usr/akarilighting |
| 418 | cat2003hk | cat2003hk | https://www.ebay.com/usr/cat2003hk |
| 419 | EKOO FOR HOME | ekooforhome | https://www.ebay.com/usr/ekooforhome |
| 421 | jinwen LI2020 | jinwenli2020 | https://www.ebay.com/usr/jinwenli2020 |
| 423 | 27 Strawberry Ln | ofaefurnitures | https://www.ebay.com/usr/ofaefurnitures |
| 424 | tusker_triangle | tusker_triangle | https://www.ebay.com/usr/tusker_triangle |
| 427 | aldawhomes | aldawhomes | https://aldawhomes.com/ |
| 429 | cozycasa | cozycasa | https://cozycasa.international/ |
| 431 | homdiyhardware | homdiyhardware | https://www.homdiyhardware.com/de |
| 432 | homiley | homiley | https://homiley.site/ |
| 434 | modernspaceliving | modernspaceliving | https://www.modernspaceliving.com/, https://modernspaceliving |
| 435 | EYPIDHOMING | 5351829058618 | https://www.temu.com/m-5351829058618.html |
| 436 | NUANSHU | 634418210963643 | https://www.temu.com/m-634418210963643.html |