**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LOUIS POUSLEN A/S,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A,"<br><br>Defendants. | No. 24-cv-04260<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Maria Valdez |

## <u>FINAL DEFAULT JUDGMENT ORDER</u>

This action having been commenced by Louis Poulsen A/S. ("Plaintiff") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and/or counterfeit versions of Plaintiff's federally registered trademarks and trade dress and Plaintiff's common law trade dress (the "Plaintiff Intellectual Property") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Plaintiff Intellectual Property. *See* Docket No. 8-5 to 8-21, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Plaintiff Intellectual Property.

A list of the Plaintiff Intellectual Property is included in the below charts.

| REGISTRATION NUMBER | DESCRIPTION | INTELLECTUAL PROPERTY TYPE |
|---|---|---|
| 3,167,046 | LOUIS POULSEN | Trademark |
| 3,216,693 | **louis poulsen** | Trademark |

| 3,910,353 | PH | Trademark |
|---|---|---|
| 5,445,539 | PH5 | Trademark |
| 6,703,937 |  | Trade Dress |
| 6,715,401 |  | Trade Dress |
| 2,927,453 |  | Trade Dress |
| 4,986,351 |  | Trade Dress |
| - |  | Common Law Trade Dress |

3

| | | |
|---|---|---|
| - |  | Common Law Trade Dress |
| - |  | Common Law Trade Dress |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), common law trade dress infringement and false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Plaintiff Intellectual Property or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff Intellectual Property;

4

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff Intellectual Property;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the Plaintiff Intellectual Property, or any reproductions, counterfeit copies or colorable imitations.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Plaintiff's choosing:

a. transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

b. disable the Defendant Domain Names and make them inactive and untransferable.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Alibaba Group Holding Ltd., Alibaba.com, Inc., Alibaba.com US E-commerce Corp., Alibaba.com U.S. LLC, Alibaba Group (U.S.) Inc., Ant Financial Services Group, AUS Merchant Services, Inc., and Alipay US, Inc. ("Alibaba," "AliExpress," and/or "AliPay"); Amazon.com, Inc. ("Amazon"); DHgate.com Inc. ("DHgate"); eBay Inc. ("eBay"); Shopify Inc. ("Shopify"); PDD Holdings ("Temu"); LianLian Global, LL Pay U.S., LLC, and Lianlian Yintong Electronic Payment Co. Ltd. ("LianLian"); Payoneer Global Inc. ("Payoneer"); PayPal Holdings, Inc. ("PayPal"); Stripe Inc. ("Stripe") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Plaintiff Intellectual Property; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Plaintiff Intellectual Property or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff Intellectual Property.

4. Upon Plaintiff's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting

6

Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff Intellectual Property.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of $100,000 for willful use of counterfeit Plaintiff Trademark and Trade dress on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Any Third-Party Providers holding funds for Defaulting Defendants, including Alibaba, Aliexpress, Amazon, DHgate, eBay, Temu, PayPal, and Stripe shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraph 5 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers, as defined in Paragraph 3, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third-Party Providers are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

7

9.  In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail to any e-mail addresses provided for Defaulting Defendants by third parties.

10. The four-hundred-thousand-dollar ($436,000.00) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Flener IP & Business Law.  The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Default Judgment.

Dated:   September 18, 2024

JORGE L. ALONSO
United States District Judge

**Schedule A**

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Shenzhen Yunxing Electronics Co., Ltd. | 3cbit | https://3cbit.en.alibaba.com |
| 4 | Zhongshan Botian Lighting Co., Ltd. | botianlighting | https://botianlighting.en.alibaba.com |
| 6 | Fuzhou Canco Lighting Co., Ltd. | cancolighting | https://cancolighting.en.alibaba.com |
| 8 | Guangzhou Chuangxingyi Trading Co., Ltd. | chuangxinyi | https://chuangxinyi.en.alibaba.com |
| 10 | Zhongshan Tpstarlite Lighting Co., Ltd. | cndianjing | https://cndianjing.en.alibaba.com |
| 11 | Zhongshan Guitu Lighting Technology Co., Ltd. | cnguitu | https://cnguitu.en.alibaba.com |
| 19 | Shenzhen Ecrown Exhibition Co., Ltd. | ecrowngroup | https://ecrowngroup.en.alibaba.com |
| 20 | Espacelighting(Shenzhen) Co., Ltd. | espacelighting | https://espacelighting.en.alibaba.com |
| 22 | Zhongshan Eupple Lighting Co., Ltd. | eupple | https://eupple.en.alibaba.com |
| 24 | Evelyn Home Decor (Guangzhou) Co., Ltd. | evelynhomedecor | https://evelynhomedecor.en.alibaba.com |
| 25 | Guangzhou Miguang Technology Co., Ltd. | findlighting | https://findlighting.en.alibaba.com |
| 27 | Fuzhou Faithreach Import And Export Co., Ltd. | fjfr | https://fjfr.en.alibaba.com |
| 29 | Foshan Shunde Liangying Lighting And Electrical Co., Ltd. | fsliangying | https://fsliangying.en.alibaba.com |
| 31 | Fuzhou Wells Import And Export Co., Ltd. | fzwell | https://fzwell.en.alibaba.com |
| 32 | Garsh Lamp Co., Ltd. | garsh | https://garsh.en.alibaba.com |
| 35 | Zhongshan Guanhua Lighting Co., Ltd. | guanhualed | https://guanhualed.en.alibaba.com |
| 36 | Guangzhou Jingpeng Electronic Technology Co., Ltd. | gz-jingpeng | https://gz-jingpeng.en.alibaba.com |
| 37 | Fujian Hongchang Electric Appliance Co., Ltd. | hcporcelain | https://hcporcelain.en.alibaba.com |
| 38 | Hefei Yingguang Industry And Trade Co., Ltd. | hefeiyingguang | https://hefeiyingguang.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 43 | Zhongshan Hongji Lighting Co., Ltd. | hongjilighting | https://hongjilighting.en.alibaba.com |
| 46 | Zhongshan Hualing Lighting Inc | hualinglighting | https://hualinglighting.en.alibaba.com |
| 48 | Zhongshan Taiwo Lighting Co., Ltd. | insart | https://insart.en.alibaba.com |
| 53 | Guangzhou Jingli Trading Co., Ltd. | jlbright | https://jlbright.en.alibaba.com |
| 56 | Shenzhen Junchi Lighting Technology Co., Ltd | junslight | https://junslight.en.alibaba.com |
| 57 | Jiaxing Hamis Import & Export Co., Ltd. | jxhamis | https://jxhamis.en.alibaba.com |
| 60 | Zhongshan Langming Lighting Factory | kelangshi | https://kelangshi.en.alibaba.com |
| 62 | Jiangmen Jianghai Jindeng Lighting Co., Limited | kendoem | https://kendoem.en.alibaba.com |
| 63 | Fuzhou Keruida Electric Porcelain And Appliance Co., Ltd. | krddq | https://krddq.en.alibaba.com |
| 67 | Shenzhen Lightman Opotoelectronics Co., Ltd. | lightman | https://lightman.en.alibaba.com |
| 68 | Anhui Lights Lighting Technology Ltd | lightslighting | https://lightslighting.en.alibaba.com |
| 71 | Jiangmen Lobo Lighting Co., Ltd. | lobolighting | https://lobolighting.en.alibaba.com |
| 73 | Zhongshan Mailang Lighting Limited Co | mailanglighting | https://mailanglighting.en.alibaba.com |
| 75 | Zhongshan Masuper Lighting Co., Ltd. | masuperlighting | https://masuperlighting.en.alibaba.com |
| 77 | Quanzhou Mixing Technology Co., Ltd. | missions | https://missions.en.alibaba.com |
| 80 | Nanchang Glomall Technology Co., Ltd. | occowhite | https://occowhite.en.alibaba.com |
| 82 | RAYAAN INTERNATIONAL | rayaninternational | https://rayaninternational.en.alibaba.com |
| 86 | Shenzhen Sen Rich Technology Co., Limited | senrich | https://senrich.en.alibaba.com |
| 87 | Guangzhou Shenghao Lighting Technology Co., Ltd. | shinehomes | https://shinehomes.en.alibaba.com |
| 90 | Sunye Light Limited | sunyelighting | https://sunyelighting.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 92 | Shenzhen Zhongyixin Trading Co., Ltd. | szzyxsm | https://szzyxsm.en.alibaba.com |
| 93 | IQBAL COLLECTION | thecandles | https://thecandles.en.alibaba.com |
| 95 | Haining Tonghua Import & Export Co., Ltd. | tonghuasolar | https://tonghuasolar.en.alibaba.com |
| 97 | Shenzhen TYD Electronics Co.,  Ltd. | tydelectronics | https://tydelectronics.en.alibaba.com |
| 98 | Shenzhen Youlaite Lighting&decoration Co. Ltd | uniquelights | https://uniquelights.en.alibaba.com |
| 100 | Zhongshan Qingyang Lighting Engineering Co., Ltd. | wddwo | https://wddwo.en.alibaba.com |
| 102 | Widearth (Jiangmen) Lighting Co., Limited | widearthlight | https://widearthlight.en.alibaba.com |
| 103 | Zhongshan Yongtai Ligting Co., Ltd. | winlams | https://winlams.en.alibaba.com |
| 106 | Zhongshan Xin Patu Lighting Co., Ltd. | xptlighting | https://xptlighting.en.alibaba.com |
| 108 | Zhongshan Huiqi Lighting Factory | xuanzhi | https://xuanzhi.en.alibaba.com |
| 109 | Foshan Yiaosa Trading Co., Ltd. | yiaosa | https://yiaosa.en.alibaba.com |
| 110 | Zhongshan 1913 Lighting Appliance Co., Ltd. | yijiuyisan | https://yijiuyisan.en.alibaba.com |
| 111 | Dongguan Youbida Lighting Co., Ltd. | youbida | https://youbida.en.alibaba.com |
| 114 | Zhongshan Zhuotesi Lighting Co., Ltd. | zhtes2 | https://zhtes2.en.alibaba.com |
| 115 | Zhongshan Disley Lighting Co., Ltd. | zsdsllight | https://zsdsllight.en.alibaba.com |
| 116 | Zhongshan Huigu Electronic Technology Co., Ltd. | zshuigu | https://zshuigu.en.alibaba.com |
| 118 | Huizhou Anjia Lighting Co., Ltd. | zsihome | https://zsihome.en.alibaba.com |
| 120 | Zhongshan Jiayou Household Supplies Co., Ltd. | zsjiayou | https://zsjiayou.en.alibaba.com |
| 121 | Zhongshan Pinke Lighting Ltd | zspklighting | https://zspklighting.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 122 | Zhongshan Saisheng Lighting Co., Ltd. | zsshinelighting | https://zsshinelighting.en.alibaba.com |
| 123 | Zhongshan Guzhen Mingyue Lighting Factory | zssmy | https://zssmy.en.alibaba.com |
| 124 | excellent lighting factory Store | 1100421269 | https://www.aliexpress.com/store/1100421269 |
| 125 | Doris lighting Co.,Ltd. | 1100483626 | https://www.aliexpress.com/store/1100483626 |
| 126 | MELLIFLUOUS lighting Store | 1100516241 | https://www.aliexpress.com/store/1100516241 |
| 127 | Foshan Bonita Lighting Co.,Ltd | 1100730080 | https://www.aliexpress.com/store/1100730080 |
| 128 | ASANZUO Lighting Official Store | 1100745498 | https://www.aliexpress.com/store/1100745498 |
| 129 | Fashion Cute You and Me | 1100960807 | https://www.aliexpress.com/store/1100960807 |
| 130 | JLhousehold lighting Store | 1101076374 | https://www.aliexpress.com/store/1101076374 |
| 131 | BLEDV Optical lighting company Store | 1101249684 | https://www.aliexpress.com/store/1101249684 |
| 132 | Livewin Store | 1101257473 | https://www.aliexpress.com/store/1101257473 |
| 133 | wongshi Official Store | 1101259119 | https://www.aliexpress.com/store/1101259119 |
| 134 | Starlish168 Store | 1101277167 | https://www.aliexpress.com/store/1101277167 |
| 135 | Shop4367008 Store | 1101294761 | https://www.aliexpress.com/store/1101294761 |
| 136 | linleeffy Home Decor Lighting Store | 1101308401 | https://www.aliexpress.com/store/1101308401 |
| 137 | HANDFUII Official Store | 1101361296 | https://www.aliexpress.com/store/1101361296 |
| 138 | Shop5796037 Store | 1101392755 | https://www.aliexpress.com/store/1101392755 |
| 139 | QINGYUNKE Lighting Store | 1101394309 | https://www.aliexpress.com/store/1101394309 |
| 140 | Shop3981022 Store | 1101415268 | https://www.aliexpress.com/store/1101415268 |
| 141 | Shop4405058 Store | 1101422288 | https://www.aliexpress.com/store/1101422288 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 142 | YourLight Store | 1101422559 | https://www.aliexpress.com/store/1101422559 |
| 143 | Pro lighting factory Store | 1101462481 | https://www.aliexpress.com/store/1101462481 |
| 144 | Ailihua Light Store | 1101472383 | https://www.aliexpress.com/store/1101472383 |
| 145 | China high quality hotel cordless table lighting Store | 1101511696 | https://www.aliexpress.com/store/1101511696 |
| 146 | Shenyushop Store | 1101517751 | https://www.aliexpress.com/store/1101517751 |
| 147 | Yanxiu Lighting Designer's Shop Store | 1101518709 | https://www.aliexpress.com/store/1101518709 |
| 148 | HB Home Store | 1101536638 | https://www.aliexpress.com/store/1101536638 |
| 149 | Obervist Lighting Store | 1101537687 | https://www.aliexpress.com/store/1101537687 |
| 150 | Shop910325049 Store | 1101537705 | https://www.aliexpress.com/store/1101537705 |
| 151 | Queenlife Decor Lighting Store | 1101543409 | https://www.aliexpress.com/store/1101543409 |
| 152 | Light your future Lighting Store | 1101569824 | https://www.aliexpress.com/store/1101569824 |
| 153 | Mavelux Store | 1101586537 | https://www.aliexpress.com/store/1101586537 |
| 154 | Number-7 Lighting Online Store | 1101589894 | https://www.aliexpress.com/store/1101589894 |
| 155 | Surprisingly Beautiful Store | 1101602574 | https://www.aliexpress.com/store/1101602574 |
| 156 | QINGYUNKE Led-lighting Store | 1101648852 | https://www.aliexpress.com/store/1101648852 |
| 157 | KAGU Official Store | 1101665253 | https://www.aliexpress.com/store/1101665253 |
| 158 | Lamsam LED Store | 1101699312 | https://www.aliexpress.com/store/1101699312 |
| 159 | China cordless table lamp manufacturer Store | 1101730947 | https://www.aliexpress.com/store/1101730947 |
| 160 | LED Charging Home Manufacturer Store | 1101747185 | https://www.aliexpress.com/store/1101747185 |
| 161 | LIMIT LIGHT Official Store | 1101759698 | https://www.aliexpress.com/store/1101759698 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 162 | 24K Lighting Store | 1101779254 | https://www.aliexpress.com/store/1101779254 |
| 163 | Topyun Store | 1101781208 | https://www.aliexpress.com/store/1101781208 |
| 164 | ZSHLZC LED Home Lighting Store | 1101851917 | https://www.aliexpress.com/store/1101851917 |
| 165 | Hotel lighting manufacturer Store | 1101939708 | https://www.aliexpress.com/store/1101939708 |
| 166 | Shop912626693 Store | 1101944420 | https://www.aliexpress.com/store/1101944420 |
| 167 | YI BU lighting Store | 1101949168 | https://www.aliexpress.com/store/1101949168 |
| 168 | Jian Bian Simple Table Lamp Store | 1101966530 | https://www.aliexpress.com/store/1101966530 |
| 169 | HUNAN xinduoduo002 Store | 1101983559 | https://www.aliexpress.com/store/1101983559 |
| 170 | DARHYN LED Store | 1102005610 | https://www.aliexpress.com/store/1102005610 |
| 171 | Juntu Lighting Store | 1102007104 | https://www.aliexpress.com/store/1102007104 |
| 172 | Indoor lighting Store | 1102009049 | https://www.aliexpress.com/store/1102009049 |
| 173 | Shining Lighting Store | 1102012563 | https://www.aliexpress.com/store/1102012563 |
| 174 | China Super global direct marketing Store | 1102022372 | https://www.aliexpress.com/store/1102022372 |
| 175 | Billion Lampa Store | 1102033855 | https://www.aliexpress.com/store/1102033855 |
| 177 | Shop1102075441 Store | 1102080398 | https://www.aliexpress.com/store/1102080398 |
| 178 | Topwinson Store | 1102089667 | https://www.aliexpress.com/store/1102089667 |
| 179 | LOVING LAMPA Lighting Factory Store | 1102133931 | https://www.aliexpress.com/store/1102133931 |
| 180 | XYJ Lighting Store | 1102169242 | https://www.aliexpress.com/store/1102169242 |
| 181 | Darcy Lighting Store | 1102185460 | https://www.aliexpress.com/store/1102185460 |
| 182 | Factory Direct Lighting Store | 1102302566 | https://www.aliexpress.com/store/1102302566 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 183 | Barcato Lighting 2022 Store | 1102304216 | https://www.aliexpress.com/store/1102304216 |
| 184 | Janedecor Store | 1102310032 | https://www.aliexpress.com/store/1102310032 |
| 185 | AIZAKA Lighting Official Store | 1102311707 | https://www.aliexpress.com/store/1102311707 |
| 186 | Home One-stop Store | 1102345233 | https://www.aliexpress.com/store/1102345233 |
| 187 | Luxury Lighting Store Store | 1102362056 | https://www.aliexpress.com/store/1102362056 |
| 188 | Yanke Lighting Factory Store | 1102455249 | https://www.aliexpress.com/store/1102455249 |
| 189 | Sunway Lighting Store | 1102455448 | https://www.aliexpress.com/store/1102455448 |
| 190 | DARHYN Smart Lights Store | 1102459242 | https://www.aliexpress.com/store/1102459242 |
| 191 | Ba Zhi Technology Lighting Store | 1102470061 | https://www.aliexpress.com/store/1102470061 |
| 192 | Legendary Panda Lighting Store | 1102472298 | https://www.aliexpress.com/store/1102472298 |
| 194 | Blesslighting Store | 1102549510 | https://www.aliexpress.com/store/1102549510 |
| 195 | Fiona Lighting Store Store | 1102559635 | https://www.aliexpress.com/store/1102559635 |
| 196 | ZIMULONG-Preferred Store | 1102564091 | https://www.aliexpress.com/store/1102564091 |
| 197 | Home Of Lamps Store | 1102599259 | https://www.aliexpress.com/store/1102599259 |
| 198 | ZIMULONG Official Store | 1102626980 | https://www.aliexpress.com/store/1102626980 |
| 199 | Lampara Techo Decor Store | 1102634333 | https://www.aliexpress.com/store/1102634333 |
| 200 | ZML Lighting Store | 1102636794 | https://www.aliexpress.com/store/1102636794 |
| 201 | MadeinChina Store | 1102644303 | https://www.aliexpress.com/store/1102644303 |
| 202 | Legendary Lighting Store | 1102647535 | https://www.aliexpress.com/store/1102647535 |
| 203 | Violet Lighting Store | 1102648908 | https://www.aliexpress.com/store/1102648908 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 204 | Shang Lang Lighting Store | 1102653116 | https://www.aliexpress.com/store/1102653116 |
| 205 | Light-Shop Store | 1102666243 | https://www.aliexpress.com/store/1102666243 |
| 206 | Royal Lighting Store | 1102675353 | https://www.aliexpress.com/store/1102675353 |
| 207 | JIAN KE XING LIGHTING Store | 1102699628 | https://www.aliexpress.com/store/1102699628 |
| 208 | Shop1102703303 Store | 1102706192 | https://www.aliexpress.com/store/1102706192 |
| 209 | Shop1102710138 Store | 1102713103 | https://www.aliexpress.com/store/1102713103 |
| 210 | Wholesale Lamp Fixture Store | 1102743214 | https://www.aliexpress.com/store/1102743214 |
| 211 | Shop1102800231 Store | 1102801239 | https://www.aliexpress.com/store/1102801239 |
| 212 | QiuShui Lamp Fixture Store | 1102812309 | https://www.aliexpress.com/store/1102812309 |
| 213 | Shop1102841889 Store | 1102839909 | https://www.aliexpress.com/store/1102839909 |
| 214 | Shop1102890627 Store | 1102895543 | https://www.aliexpress.com/store/1102895543 |
| 215 | Furniture Preferred Store | 1102959213 | https://www.aliexpress.com/store/1102959213 |
| 216 | Universal Shop Store | 1102960215 | https://www.aliexpress.com/store/1102960215 |
| 217 | KFKF Store | 1102960313 | https://www.aliexpress.com/store/1102960313 |
| 218 | Coral Lighting Store | 1102960472 | https://www.aliexpress.com/store/1102960472 |
| 219 | China Largest High-quality Goods Store | 1102963238 | https://www.aliexpress.com/store/1102963238 |
| 220 | Kiki Home Decor Store | 1102964334 | https://www.aliexpress.com/store/1102964334 |
| 221 | JK Modern Lighting Store | 1102982254 | https://www.aliexpress.com/store/1102982254 |
| 222 | Shop1102998789 Store | 1102991802 | https://www.aliexpress.com/store/1102991802 |
| 223 | Shop1102994935 Store | 1102993966 | https://www.aliexpress.com/store/1102993966 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 224 | Yicheng Lighting Store Store | 1103020310 | https://www.aliexpress.com/store/1103020310 |
| 225 | Medala Lighting Store | 1103038928 | https://www.aliexpress.com/store/1103038928 |
| 227 | Obervist Starlight Store | 1103130675 | https://www.aliexpress.com/store/1103130675 |
| 228 | Henry Lighting Store | 1103211496 | https://www.aliexpress.com/store/1103211496 |
| 229 | YIAOSA LIGHTING STORE Store | 1103293313 | https://www.aliexpress.com/store/1103293313 |
| 230 | EIUNVGO Lighting Store | 1103307405 | https://www.aliexpress.com/store/1103307405 |
| 231 | DH Chandelier Store | 1103312044 | https://www.aliexpress.com/store/1103312044 |
| 232 | JE Trade Store | 1103320273 | https://www.aliexpress.com/store/1103320273 |
| 233 | SKAWARD Lighting Store | 1103353086 | https://www.aliexpress.com/store/1103353086 |
| 234 | Shop1103405184 Store | 1103393174 | https://www.aliexpress.com/store/1103393174 |
| 235 | Chaocheng Lighting Store Store | 1103394236 | https://www.aliexpress.com/store/1103394236 |
| 236 | Shop1103432241 Store | 1103429267 | https://www.aliexpress.com/store/1103429267 |
| 237 | Shop1103437722 Store | 1103443031 | https://www.aliexpress.com/store/1103443031 |
| 238 | Juntu Trade Store Store | 1103483212 | https://www.aliexpress.com/store/1103483212 |
| 241 | ZhangP | A12KTCHOCV3O8R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12KTCHOCV3O8R |
| 242 | JKdepartmentstore | A12ZBHIKWL2Q1R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12ZBHIKWL2Q1R |
| 244 | RuthOule US | A14LCI7YHV94XZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A14LCI7YHV94XZ |
| 245 | SYZ-GP | A15327KZ8PN36Q | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15327KZ8PN36Q |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 246 | weiyaoxiangshanqu | A15PDXVAPPUB22 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15PDXVAPPUB22 |
| 249 | zhiyicheng-shop | A17NSJV1P2P7MC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17NSJV1P2P7MC |
| 250 | zhangdewei123 | A17OBEL2DQR1N4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17OBEL2DQR1N4 |
| 251 | Ri He | A1AOJ2ZO09S958 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1AOJ2ZO09S958 |
| 252 | shiliehaishangmao | A1ASSZLX8YUNR0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ASSZLX8YUNR0 |
| 253 | FANGWANGYI | A1CFHNMF53XF2U | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1CFHNMF53XF2U |
| 256 | Gansu Yuanzelixin | A1FACFB755PLS6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FACFB755PLS6 |
| 257 | Tian Jin Gui | A1G7XBY9W161EI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1G7XBY9W161EI |
| 258 | shidanstore | A1GXFGW8N29JFR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1GXFGW8N29JFR |
| 260 | ZEANG-US | A1H53W1OU9S74Y | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1H53W1OU9S74Y |
| 261 | YuLinShiYuYangQuHuaHuaBaiHuoDian | A1H56Y9769W9F3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1H56Y9769W9F3 |
| 262 | 0dhahi2zcb | A1ITI0JCUMGZDH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ITI0JCUMGZDH |
| 263 | Crosssports Store | A1JQIJHHK6BSQH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1JQIJHHK6BSQH |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 265 | quantianduji | A1LE5RVZC2C5YK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1LE5RVZC2C5YK |
| 270 | FengFeng lighting shop | A1N53N6AL7XGZ4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1N53N6AL7XGZ4 |
| 271 | WJLE-US | A1N87J9CUBMZIE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1N87J9CUBMZIE |
| 272 | Huaibei Zhenqiang Department Store | A1N8S8YWVL0PXJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1N8S8YWVL0PXJ |
| 273 | Sweet Dream US | A1OCM03RKM0GM9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1OCM03RKM0GM9 |
| 274 | juanliu223344 | A1OVOMODIBYOEJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1OVOMODIBYOEJ |
| 276 | Hahushan Department Store | A1PO3O9QH403L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PO3O9QH403L |
| 277 | KESHUN-US | A1QRJJG7N8T6Z6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QRJJG7N8T6Z6 |
| 278 | yangjiangshileidatongshangmaoyouxiangongsidengjinzhou | A1QXOI3U9EWSIO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QXOI3U9EWSIO |
| 280 | Bathroomsjoy | A1STZSO7DYPN4Q | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1STZSO7DYPN4Q |
| 282 | ruyouqinquanqinglianxijikexiajia | A1VZ8VF53QXDL3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1VZ8VF53QXDL3 |
| 284 | ShiFan Trading | A1YELANJ5T22B3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1YELANJ5T22B3 |
| 285 | shanxiwushen——GP | A1Z9OAO5YFI09T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1Z9OAO5YFI09T |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 286 | dengzhoushishiyunshangmaoyouxiangongsi | A237RAGX0HJVC7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A237RAGX0HJVC7 |
| 287 | 济南好一易商贸有限公司 | A23MACT95ZUEQS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A23MACT95ZUEQS |
| 288 | Dongsheng Huize | A254AFZP88K2H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A254AFZP88K2H |
| 293 | 四个石头 | A2BMCDP2KCRYFE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2BMCDP2KCRYFE |
| 295 | lvliangshilishiquaoxinbianlishangdian | A2D9F215FGC63Y | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2D9F215FGC63Y |
| 296 | guozhenyang-1 | A2E83208IEEUA1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2E83208IEEUA1 |
| 299 | Mounten Top | A2IMHZF0TVP72H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2IMHZF0TVP72H |
| 300 | Mooney department store | A2INVYIPIMP4EB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2INVYIPIMP4EB |
| 301 | Ke Bo Ka | A2J0P2BPK3NZOV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2J0P2BPK3NZOV |
| 302 | LvLiangShiLiShiQuPiaoYangBaiHuoShangDian | A2L0VEV901BJ7A | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2L0VEV901BJ7A |
| 304 | baoge6666 | A2MDDMCHU4EN8N | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MDDMCHU4EN8N |
| 306 | YUSHEN-US | A2MXLUYZPVEZC0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MXLUYZPVEZC0 |
| 311 | zhengyouhan123 | A2R3VQJ7Y69IG5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2R3VQJ7Y69IG5 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 312 | TONGDAA-US | A2R4WKYL4HPL3X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2R4WKYL4HPL3X |
| 313 | 幸せな風 | A2SLLHKR6VEOYL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2SLLHKR6VEOYL |
| 315 | -fsadaada | A2U2BJRMNF740K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2U2BJRMNF740K |
| 317 | YuLinShiYuYangQuZheng ZhengBaiHuoDian | A2V0UVIRR4AL28 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2V0UVIRR4AL28 |
| 318 | ranzhitaoamz | A2V5LECX2QUNQD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2V5LECX2QUNQD |
| 320 | zhukalushangmao | A2WB2FQTKGFB19 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2WB2FQTKGFB19 |
| 321 | MATECH MALL | A2YM8VC25QU27V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2YM8VC25QU27V |
| 322 | A store where people can't get rich without having | A2YV2PDJLEASYG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2YV2PDJLEASYG |
| 324 | Galaxy Co., Ltd | A318OZ3KWDZKGJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A318OZ3KWDZKGJ |
| 326 | QINISTORE | A32M9XOECFIB4M | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32M9XOECFIB4M |
| 327 | chuanhuixinxi | A3360LOQILX6QC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3360LOQILX6QC |
| 329 | GAOWAROOM | A3AOMHB6EN1ROI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3AOMHB6EN1ROI |
| 330 | 无忌电子商务 | A3BZC2GYSSPBC2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3BZC2GYSSPBC2 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 332 | jiangbo123 | A3CBB1WFHUY61K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3CBB1WFHUY61K |
| 334 | ZAOWAN | A3F3THQ63SMFAQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3F3THQ63SMFAQ |
| 336 | chengyichangshiyuanguanyoushangmaoshanghang(gerenduzi) | A3G2FDC4DTZONY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3G2FDC4DTZONY |
| 337 | Tzou store | A3G33PQSS1JMN4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3G33PQSS1JMN4 |
| 339 | LIUJILONGLONGCHENGBEIJIE | A3HCD5CGQW6RR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HCD5CGQW6RR |
| 340 | 各位大佬大卖（有问题联系立删） | A3HO57MSYNH9QM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HO57MSYNH9QM |
| 341 | SHOPHH-US | A3IAHMZEJA60ED | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3IAHMZEJA60ED |
| 344 | kelujidianzishangwu | A3JVWQ0B1N18A | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3JVWQ0B1N18A |
| 345 | DD淘乐购 | A3L4Y3PA4JAOPN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3L4Y3PA4JAOPN |
| 346 | yunyanam | A3LTBTA6QMJ12W | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3LTBTA6QMJ12W |
| 348 | wunaijiaru | A3O3T7PNFMKBMH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3O3T7PNFMKBMH |
| 349 | dengfeibaihuodian | A3OVZ3OQFJQ4KG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OVZ3OQFJQ4KG |
| 350 | bingbingshanghang | A3OXQFW561X3TO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OXQFW561X3TO |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 351 | ZHENYAN | A3PJA0TV0N7UJ6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3PJA0TV0N7UJ6 |
| 352 | RZOIZWKO | A3QJ99EH4HABUS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3QJ99EH4HABUS |
| 355 | PENGCCCCC | A3S1R43O17269T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3S1R43O17269T |
| 356 | gongshuxing123 | A3S3UR4A3HUTD7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3S3UR4A3HUTD7 |
| 357 | WANG SAI STORE | A3SUH2KD38AMXK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3SUH2KD38AMXK |
| 359 | linglibaihuoshanghang | A7DS0TJF7J1HP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A7DS0TJF7J1HP |
| 362 | MINGDA STORE | AABDFGUVPXKNW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AABDFGUVPXKNW |
| 363 | Jolly Daydream | AB43748AF1RK9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AB43748AF1RK9 |
| 364 | Cailue Company Limited | ABB6W2Z5KIJED | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ABB6W2Z5KIJED |
| 365 | fanxukun123 | ACG8O0YQ7Z05L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACG8O0YQ7Z05L |
| 367 | T-shopping | AFJ07LDQ7XGRI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AFJ07LDQ7XGRI |
| 368 | Hefeipengce | AH788HV4EP1KR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AH788HV4EP1KR |
| 370 | Imperfect Paris | AJJXWBUHYNL8A | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AJJXWBUHYNL8A |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 371 | Cui Bo | AK984NWUS4889 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AK984NWUS4889 |
| 372 | Abin-us | AKE943XB8A9CO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AKE943XB8A9CO |
| 373 | benxuanduji | ALRNFH4CHE16J | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ALRNFH4CHE16J |
| 374 | miaoji-K | AM2HD4X260UYJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AM2HD4X260UYJ |
| 375 | DANHUA-US | AM6HBFY2QVAV6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AM6HBFY2QVAV6 |
| 376 | zhongwenxin123 | AMYM5HRAJXPHT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMYM5HRAJXPHT |
| 377 | chaoshanbaihuo | ANMIVYYILW9GH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANMIVYYILW9GH |
| 378 | XDJT | AOG7P7ABDA9L5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOG7P7ABDA9L5 |
| 379 | LV Lighting Store | AOTJUZR7F4JWD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOTJUZR7F4JWD |
| 380 | ZHMcom | AQH015J7SJT59 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQH015J7SJT59 |
| 383 | XINXUMAN | AQZ5HTTG8Y4C1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQZ5HTTG8Y4C1 |
| 384 | tuoyuanshangmao | ARIPOSEWBTDRY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ARIPOSEWBTDRY |
| 386 | 吕梁市离石区珂琛百货商行 | AUSNKUIO5733O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AUSNKUIO5733O |

24

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 387 | 湘潭民森电子商务有限公司 | AV75SN5PUWDKZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AV75SN5PUWDKZ |
| 388 | zhongqinggejunfangfuzhuangyouxiangongsi | AVQZNGRD70K2L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVQZNGRD70K2L |
| 389 | LIBAOSHOP | AVUB38755D1C4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVUB38755D1C4 |
| 391 | ZXY*USA SHOP | AWJ223TP64P3L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AWJ223TP64P3L |
| 394 | MEIYUKK | AXUNUXH59Z1VQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXUNUXH59Z1VQ |
| 395 | SHANGYUANTENG-US | AXVD2DP77F9LS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXVD2DP77F9LS |
| 396 | delin Store | 14775502 | https://www.dhgate.com/store/14775502 |
| 397 | willlustr Store | 15938360 | https://www.dhgate.com/store/15938360 |
| 400 | wenyiyi Store | 20128331 | https://www.dhgate.com/store/20128331 |
| 401 | light2008 Store | 20461469 | https://www.dhgate.com/store/20461469 |
| 402 | qiyuan06 Store | 21282840 | https://www.dhgate.com/store/21282840 |
| 403 | lvlingfang_1882020 Store | 21603987 | https://www.dhgate.com/store/21603987 |
| 404 | householdd Store | 21635232 | https://www.dhgate.com/store/21635232 |
| 405 | lutherhead Store | 21635581 | https://www.dhgate.com/store/21635581 |
| 406 | tuo10 Store | 21729854 | https://www.dhgate.com/store/21729854 |
| 407 | fadacai08 Store | 21759036 | https://www.dhgate.com/store/21759036 |
| 408 | garthmaura Store | 21810718 | https://www.dhgate.com/store/21810718 |
| 409 | alariceeny Store | 21810755 | https://www.dhgate.com/store/21810755 |
| 410 | mkol Store | 21819264 | https://www.dhgate.com/store/21819264 |
| 413 | us_connecticut Store | 21829571 | https://www.dhgate.com/store/21829571 |
| 414 | louis_vj_store Store | 21888434 | https://www.dhgate.com/store/21888434 |
| 415 | vip_warehouse Store | 21904926 | https://www.dhgate.com/store/21904926 |
| 416 | akarilighting | akarilighting | https://www.ebay.com/usr/akarilighting |
| 418 | cat2003hk | cat2003hk | https://www.ebay.com/usr/cat2003hk |
| 419 | EKOO FOR HOME | ekooforhome | https://www.ebay.com/usr/ekooforhome |
| 421 | jinwen LI2020 | jinwenli2020 | https://www.ebay.com/usr/jinwenli2020 |
| 423 | 27 Strawberry Ln | ofaefurnitures | https://www.ebay.com/usr/ofaefurnitures |
| 424 | tusker_triangle | tusker_triangle | https://www.ebay.com/usr/tusker_triangle |
| 427 | aldawhomes | aldawhomes | https://aldawhomes.com/ |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 429 | cozycasa | cozycasa | https://cozycasa.international/ |
| 432 | homiley | homiley | https://homiley.site/ |
| 434 | modernspaceliving | modernspaceliving | https://www.modernspaceliving.com/, https://modernspaceliving |
| 435 | EYPIDHOMING | 5351829058618 | https://www.temu.com/m-5351829058618.html |
| 436 | NUANSHU | 634418210963643 | https://www.temu.com/m-634418210963643.html |