# Exhibit 2

Screenshot 1 Showing Funds Being Frozen

**PayPal余额**

**$42,102.52 USD***

可用余额

| USD | US$11,138.84 |
| EUR | €15,462.58 |
| GBP | £11,602.42 |

*这是根据最近的汇率估计的值。

提现

设置自动提现

**$142,910.92 USD***

暂不可用

⚠ 您的资金暂不可用。了解原因及 您可进行的操作。

Translation of Screenshot 1 Showing Funds Being Frozen

**PayPal** Balance

$42,102.52 USD*

**Available Balance**

| USD | US$11,138.84 |
| EUR | €15,462.58 |
| GBP | £11,602.42 |

*This is an estimate based on most recent exchange rates.

Withdrawal

**Set Up Automatic Withdrawal**

$142,910.92 USD*

**Temporarily Unavailable**

⚠ Your funds are temporarily unavailable. Learn why and what you can do.

2

Screenshot 2 Showing Reason for Freezing



3

Translation of Screenshot 2 Showing Reason for Freezing

### Legal/regulatory orders received

PayPal has received one or more legal/regulatory orders that affect your account. If you have any questions or require further information, please contact the relevant authority.

| | |
|---|---|
| Legal Requirement / Order Instruction: | Temporary Restraining Order Supplemental |
| Event Description: | Louis Poulsen AS v The Partnerships et al |
| Legal/Regulatory Order No.: | 24CV04260 |
| Authority Issuing Order: | Flener IP & Business Law |
| Contact: | FLIP Litigation Team |
| Contact Information: | Litigation@fleneriplaw.com |

**Close**

4