# Exhibit 4

Case: 1:24-cv-04260 Document #: 68-6 Filed: 10/07/24 Page 2 of 3 PageID #:3153

Picture 1



Picture 2



Picture 3



2