**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LOUIS POULSEN A/S, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | No. 24-cv-04260 <br><br> Judge Jorge L. Alonso <br> Magistrate Judge Maria Valdez |

**RELEASE AND SATISFACTION OF JUDGMENT**

Plaintiff Louis Poulsen A/S, hereby releases Defendant ASANZUO Lighting Official Store (128) pursuant to Local Rule 58.1(1)(C) and requests entry of an order under Fed. R. Civ. P. 60(b)(5) dismissing the named Defendant from this matter.

Dated: April 17, 2025

Respectfully submitted,

/s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 W. Washington St., Ste. 800
Chicago, IL 60602
(312) 724-8874
jjudge@fleneriplaw.com