IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUIS POULSEN A/S,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>    Defendants. | Case No. 24-cv-04260<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Maria Valdez |

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Plaintiff Louis Poulsen A/S, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following Defendants (collectively, "Defendants") without prejudice:

| Merchant Name | Defendant No. |
|---|---|
| Zhongshan Kasa Electronics Co., Ltd. | 58 |
| Zhongshan Keli Lighting Co., Ltd. | 61 |
| Xiamen Longree Craft Co., Ltd. | 72 |
| Hai Rui Morning Light Store | 226 |
| zhenyushengjin2009 Store | 398 |
| firstdesigner Store | 399 |
| w66i Store | 411 |
| hjek Store | 412 |
| earthsmartshop | 430 |

Plaintiff is dismissing Defendants because it was unable to serve them. Dismissal under Rule 41(a)(1) is therefore appropriate.

<div style="display: flex; justify-content: space-between;">
<div>Dated: June 3, 2025</div>
<div>

Respectfully submitted,

Louis Poulsen A/S,

By: /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874

</div>
</div>