IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUIS POULSEN A/S,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>*Defendants,* | Case No.: 24-cv-04260<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Maria Valdez |

## NOTICE OF APPEAL

NOTICE is hereby given that Defendant Lightzey appeals to the United States Court of Appeals for the Seventh Circuit from Order entered on May 28, 2025 (Dkt. 89) by the Honorable Jorge L. Alonso, Judge of the United States District Court for the Northern District of Illinois, Eastern Division.

DATED: June 19, 2025

By: /s/ J. Benjamin Bai

Benjamin Bai
King & Wood Mallesons LLP
500 Fifth Avenue, 50th Floor
New York NY  10110
212 319 4755 (phone)
917 591 8167 (fax)
benjamin.bai@cn.kwm.com

*Attorney for Defendant Lightzey*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2025, a copy of the foregoing was served on counsel of record by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

*/s/ J. Benjamin Bai*
