# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 20, 2025

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 25-2048 <br><br> Caption: <br> LOUIS POULSEN A/S, <br>           Plaintiff - Appellee <br><br> v. <br><br> LIGHTZEY, <br>           Defendant - Appellant |
| District Court No: 1:24-cv-04260 <br> Clerk/Agency Rep Thomas G. Bruton <br> District Judge Jorge L. Alonso <br><br> Date NOA filed in District Court: 06/19/2025 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)