IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUIS POULSEN A/S,<br><br>                    Plaintiff,<br><br>  v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>                    Defendants. | Case No. 25-cv-04260<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Maria Valdez |

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Plaintiff Louis Poulsen A/S, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following Defendant: Shenzhen Qianhai Baihuixin Invest Industry Company Limited (3) ("Defendant") without prejudice.

Dated: July 1, 2025

Respectfully submitted,

Louis Poulsen A/S,

By:   /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874