IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUIS POULSEN A/S,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>　　　　　　　　Defendants. | No. 24-cv-04260<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Maria Valdez |

**RELEASE AND SATISFACTION OF JUDGMENT**

Plaintiff Louis Poulsen A/S, hereby releases Defendant modernspaceliving (434) pursuant to Local Rule 58.1(1)(C) and requests entry of an order under Fed. R. Civ. P. 60(b)(5) dismissing the named Defendant from this matter.

Dated: July 8, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ James E. Judge

　　　　　　　　　　　　　　　　　Zareefa B. Flener (IL Bar No. 6281397)
　　　　　　　　　　　　　　　　　James E. Judge (IL Bar No. 6243206)
　　　　　　　　　　　　　　　　　Ying Chen (IL Bar No. 6346961)
　　　　　　　　　　　　　　　　　Flener IP Law, LLC
　　　　　　　　　　　　　　　　　77 W. Washington St., Ste. 800
　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　(312) 724-8874
　　　　　　　　　　　　　　　　　jjudge@fleneriplaw.com